IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

THE BESANCON TRUST,

Plaintiff,

v.

AMCO INSURANCE COMPANY,

Defendant.

_____

### NOTICE OF REMOVAL
_____

Defendant AMCO Insurance Company, by its undersigned counsel, Christa Lee Rock of Gordon & Rees LLP, submits this Notice of Removal to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§ 1441 and 1446 and D.C.COLO.LCivR 81.1:

1. Plaintiff filed this lawsuit on May 26, 2015 in the District Court for El Paso County, Colorado under the caption *The Besancon Trust v. AMCO Insurance Company* (*See* Ex. A). The Complaint was assigned Case No. 2015-CV-31533. Plaintiff asserts claims for Breach of Contract, Common-Law Bad Faith and Statutory Bad Faith pursuant to Colo. Rev. Stat §§ 10-3-1115 and 1116.

2. Plaintiff effected service of process on Defendant on May 28, 2015 (*See* Ex. B).

3. This Notice of Removal is filed within 30 days of May 28, 2015 in compliance with 28 U.S.C. § 1446(b).

4. "Except as otherwise expressly provided by act of Congress, any civil action brought in the state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the District Court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds a sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332(a)(1).

6. Removal is permissible on the grounds of diversity jurisdiction. Plaintiff and Defendant are citizens of different states. Plaintiff is a trust based in Sun Valley, California. *See* http://www.csbj.com/2000/01/07/real-estate-briefs-94/. It operates commercial properties located at 5265 North Academy Drive, Colorado Springs, CO 80918 and 5350 Tomah Drive, Colorado Springs, CO 80918. (*See* Ex. A at ¶ 2). It is a citizen of California or Colorado. Plaintiff is not a citizen of Iowa. Defendant is a corporation organized under the laws of Iowa with its principal place of business at 1100 Locust Street, Des Moines, Iowa 50391, and is a citizen of Iowa pursuant to 28 U.S.C. § 1332(c)(1). (*See* Ex. D).

7. The amount in controversy in this case exceeds $75,000. Plaintiff certified in its Civil Cover Sheet that it was seeking a monetary judgment in excess of $100,000. (Ex. C at 2). In addition, counsel for Defendant sent Plaintiff's counsel an email on June 15, 2015, which confirmed that Plaintiff's counsel agreed that the Plaintiff's alleged loss, and thus the amount in controversy, exceeded $75,000. (*See* Ex. E). No response to

- 3 -

this email contradicting the statement concerning the amount in controversy was received from Plaintiff's counsel.

8. Diversity jurisdiction exists pursuant to 28 U.S.C. § 1332(a)(1).

9. Pursuant to 28 U.S.C. § 1446(d) and D.COLO.LCivR 81.1, notice of removal has been sent to all other parties in this action and has been filed with the state court clerk's office.

10. Pursuant to D.COLO.LCivR 81.1, Defendant files the following additional state court materials and pleadings: Ex. F (current state court docket sheet/register of actions); Ex. G (Summons); Ex. H (Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint, June 17, 2015); Ex. I (Order Granting Motion for Extension of Time to Answer or Otherwise Respond to Complaint, June 18, 2015); and Exhibit J (Notice of Change of Firm, June 25, 2015).

Respectfully submitted this 25th day of June, 2015,

> *s/Christa Lee Rock*
> Christa Lee Rock
> GORDON & REES LLP
> 555 Seventeenth Street, Suite 3400
> Denver, Colorado 80202
> (303) 534-5160
> crock@gordonrees.com
>
> Attorney for Defendant
> AMCO Insurance Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of June, 2015, a copy of the foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such to the following:

Marie E. Drake, Esq.
Angela M. Schmitz, Esq.
THE DRAKE LAW FIRM, P.C.
1600 Jackson Street, Suite 340
Golden, CO 80401
marie@thedrakelawfirm.com
angie@thedrakelawfirm.com

<em>s/Glenda Huebscher</em>