| DISTRICT & COUNTY COMBINED COURT,<br>COUNTY OF EL PASO, STATE OF COLORADO<br>270 South Tejon<br>P.O. Box 2980<br>Colorado Springs, CO 80903<br>Telephone: (719) 452-5000<br>Facsimile: (719) 452-5006 | DATE FILED: May 26, 2015 4:06 PM<br>FILING ID: 6DCDFE577E8C2<br>CASE NUMBER: 2015CV31533 |
|---|---|
| THE BESANCON TRUST,<br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY,<br>Defendant. | ♦ COURT USE ONLY ♦ |
| Attorneys for Plaintiff:<br>Marie E. Drake, Atty. Reg. No. 30754<br>Angela M. Schmitz, Atty. Reg. No. 42065<br>THE DRAKE LAW FIRM, P.C.<br>1600 Jackson Street, Suite 340<br>Golden, CO 80401<br>Telephone: (303) 261-8111<br>Facsimile: (303) 261-8199<br>E-Mail: marie@thedrakelawfirm.com<br>angie@thedrakelawfirm.com | Case No.<br>Div./Ctrm. |

**COMPLAINT**

Plaintiff, The Besancon Trust ("Besancon"), by and through its attorneys, The Drake Law Firm, P.C. submits its Complaint against AMCO Insurance Company ("AMCO"), and in support of its Complaint, states as follows:

## NATURE OF THE ACTION

1. Besancon, brings this action for breach of contract due to AMCO's failure to comply with its insurance policy issued to Besancon and pay insurance benefits for damages to covered properties.

EXHIBIT A

**PARTIES**

2. At all relevant times herein, Besancon was and is a trust operating commercial properties and located at 5265 North Academy Drive, Colorado Springs, CO 80918 and 5350 Tomah Drive, Colorado Springs, CO 80918.

3. At all relevant times herein, AMCO was and is a foreign corporation authorized to do business in the State of Colorado and engaged in the business of underwriting and issuing commercial insurance policies.

**JURISDICTION AND VENUE**

4. An actual controversy exists between Besancon and AMCO regarding the terms of coverage and amount of monetary benefit afforded under the insurance policy referenced herein, and a cause of action exists under Colorado state law for claims regarding the conduct complained of herein.

5. Venue is proper pursuant to C.R.C.P. 98 in the District Court in and for the County of El Paso because the insured properties are located in El Paso County, AMCO has transacted substantial business in El Paso County, and El Paso County is where the majority of transactions relating to the allegations herein occurred.

**STATEMENT OF FACTS**

6. At all times relevant, Besancon was the owner of the commercial properties located at 5265 North Academy Drive, Colorado Springs, CO 80918 and 5350 Tomah Drive, Colorado Springs, CO 80918 (hereinafter referred to as the “Insured Properties”).

7. AMCO issued an insurance policy that provided commercial property coverage to Besancon, Policy Number ACP-BPO-07514408205 ("the Policy"), in effect from March 26, 2014 to March 26, 2015. A copy of the policy is attached hereto as Exhibit 1.

8. Under the Policy, AMCO agreed to pay for direct physical loss of or physical damage to the Insured Properties caused by or resulting from any covered cause of loss.

9. Besancon paid the premiums due on the Policy in a timely manner.

10. On or around June of 2014, the Insured Properties sustained direct physical loss due to a covered event; namely, a hail storm (hereafter "the Loss").

11. The Policy was in full force and effect at the time of the Loss.

12. Damage from hail and wind is not otherwise excluded under the Policy

13. Besancon hired Kevin Burpee, a public adjuster with Pride Public Adjusting, Inc., to assist with adjusting the Loss.

14. Besancon properly submitted a claim, Claim Number 72-05-PE-104229-06252014-51, to AMCO for insurance benefits due under the Policy for the Loss.

15. To date, AMCO has not paid Plaintiff for all of its losses sustained to the Insured Properties.

**FIRST CLAIM FOR RELIEF:**
**(Breach of Contract)**

16. Besancon incorporates its allegations set forth in Paragraphs 1 through 15 of this Complaint as if fully restated here.

17. Besancon has performed all duties and responsibilities required of it under the Policy, or alternatively, has been excused from performance by AMCO's acts, representations, and/or conduct.

18. As a result, it is AMCO's duty to pay Besancon for all of the losses sustained to the Insured Properties.

19. To date, AMCO has failed to pay Besancon for all of the losses sustained to the Insured Properties.

20. This breach of the insurance contract was and is the direct cause of damage to Besancon, including, without limitation:

a. Loss of Policy benefits owed to indemnify it for the entire loss;
b. Costs to repair, restore and/or replace the significant property damage, and future costs to remediate such damage;
c. Incidental and consequential damages, within the contemplation of the parties in the event of breach; and/or;
d. Other expenses incurred as a result of AMCO's breach of its contractual obligations, including costs and fees.

21. Plaintiff, The Besancon Trust, is entitled to judgment in its favor and against Defendant, AMCO Insurance Company, on its First Claim for Relief for compensatory damages for its losses, including prejudgment interest; costs and reasonable attorneys' fees in accordance with applicable law.

**SECOND CLAIM FOR RELIEF:**
**(Common Law Bad Faith)**

22. Besancon incorporates its allegations set forth in Paragraphs 1 to 21 of this Complaint as if fully restated here.

23. Under Colorado law, an insurer owes its insured the duty of good faith and fair dealing.

24. An insurer breaches its duty of good faith and fair dealing when it engages in any of the following conduct:

a. Misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue and the appraisal process;

b. Failing to adopt and implement reasonable standards for the fair investigation of claims arising under insurance policies;

c. Refusing to pay the claim without first completing a reasonable and fair investigation based upon all available information;

d. Not attempting in good faith to effectuate prompt, fair, and equitable settlements of claims in which liability has become reasonably clear;

e. Compelling insureds to institute litigation to recover amounts due under an insurance policy by offering substantially less than the amounts ultimately recovered in actions brought by such insureds.

25. AMCO breached its duty of good faith and fair dealing by:

a. Refusing to timely and fully pay its insured for the full cost of covered damage to the Insured Properties;

b. Misrepresenting pertinent facts and policy provisions related to coverage at issue by adopting inconsistent and baseless coverage positions;

c. Failing to conduct a fair, timely, and thorough investigation of Besancon's claim;

d. Failing to timely determine the amount of covered damage and to timely pay for that damage;

e. Conducting a biased and outcome-oriented claim investigation through the use of third parties;

f. Delegating its duty to adjust the loss to an unqualified and/or biased third party;

g. Paying less than the full amount owed in the claim thereby forcing the insured to institute litigation, and incur the fees and costs associated therewith, simply to recover what was properly owed.

26. As a direct and expected result of Defendant AMCO's breach of its duty of good faith and fair dealing, Besancon has:

a. Not received all Policy benefits owed to indemnify it for the entire loss;

b. Incurred and will incur in the future costs to repair, restore and/or replace the significant property damage;

c. Suffered and will continue to suffer incidental and consequential damages, within the contemplation of the parties in the event of breach; and

d. Suffered and will continue to suffer other expenses incurred as a result of AMCO's unfair methods of competition and unfair or deceptive acts or practices in the business of insurance, including the fees and costs necessary to litigate.

27. Plaintiff, The Besancon Trust, is entitled to judgment in its favor and against Defendant, AMCO Insurance Company, on its Second Claim for Relief for compensatory damages for its losses, including prejudgment interest; costs and reasonable attorneys' fees in accordance with applicable law.

**THIRD CLAIM FOR RELIEF:**
**(Bad Faith Breach of an Insurance Contract)**
**CRS §§ 10-3-1115 and -1116**

28. Besancon incorporates its allegations set forth in Paragraphs 1 to 27 of this Complaint as if fully restated here.

29. Under C.R.S. § 10-3-1115, an insurer who delays or denies payment to an insured without a reasonable basis for its delay or denial is in breach of the duty of good faith and fair dealing.

30. In breach of its duty to Besancon, AMCO, without a reasonable basis, delayed and denied benefits owed to Besancon by engaging in the following conduct:

a. Refusing to timely and fully pay its insured for the full cost of covered damage to the insured premises;

b. Misrepresenting pertinent facts and policy provisions related to coverage at issue by adopting inconsistent and baseless coverage positions;

c. Failing to conduct a fair, timely, and thorough investigation of Besancon's claim;

d. Failing to timely determine the amount of covered damage and to timely pay for that damage;

e. Conducting a biased and outcome-oriented claim investigation through the use of third parties;

f. Delegating its duty to adjust the loss to an unqualified and/or biased third party;

g. Paying less than the full amount owed in the claim thereby forcing the insured to institute litigation, and incur the fees and costs associated therewith, simply to recover what was properly owed.

31. As a direct and proximate result of Defendant AMCO's actions, Besancon has:

a.  Not received all Policy benefits owed to indemnify it for the entire loss;

b.  Incurred and will incur in the future costs to repair, restore and/or replace the significant property damage;

c.  Suffered and will continue to suffer incidental and consequential damages, within the contemplation of the parties in the event of breach; and

d.  Suffered and will continue to suffer other expenses incurred as a result of AMCO's unfair methods of competition and unfair or deceptive acts or practices in the business of insurance, including the fees and costs necessary incurred for litigation;

32.     C.R.S. § 10-3-1116 authorizes a first-party claimant whose claim for payment of benefits has been unreasonably delayed or denied may bring an action in a district court to recover reasonable attorney fees, court costs and two times the covered benefit.

33.     Plaintiff, The Besancon Trust, is entitled to judgment in its favor and against Defendant, AMCO Insurance Company, on its Third Claim for Relief as authorized by applicable statutes, including prejudgment interest; reasonable attorneys' fees and costs in accordance with applicable law; court costs; and two times the covered benefit.

WHEREFORE, Plaintiff, The Besancon Trust, prays as follows:

A.  On its First Claim for Relief, for judgment in its favor and against the Defendant, AMCO Insurance Company for all unpaid covered benefits owed under the Policy;

B.  On its Second Claim for Relief, for judgment in its favor and against the Defendant, AMCO Insurance Company for all unpaid covered benefits owed under the Policy;

C.  On its Third Claim for Relief, for judgment in its favor and against the Defendant, AMCO Insurance Company for two times the amount of all covered benefits owed under the Policy;

D.  For judgment in its favor and against the Defendant, AMCO Insurance Company for costs, expert witness fees, and attorneys' fees incurred in litigating the claims against AMCO Insurance Company;

E.  For judgment in its favor and against the Defendant, AMCO Insurance Company for other damages resulting from AMCO Insurance Company's bad faith, including out-of-pocket expenses and costs of ongoing damages, resulting from AMCO Insurance Company's bad faith refusal to pay for the full loss and damage to Plaintiff's properties, both real and personal;

F. For judgment in its favor and against the Defendant, AMCO Insurance Company for pre- and post-judgment interest; and

G. For any further relief deemed appropriate by the Court.

Dated this 26th day of May 2015

Respectfully submitted,

THE DRAKE LAW FIRM, P.C.

By: *s/ Marie E. Drake* ____________

Marie E. Drake, Reg. No. 30754
Angela M. Schmitz, Reg. No. 42065
The Drake Law Firm, P.C.
1600 Jackson Street, Suite 340
Golden, CO 80401
Telephone: 303-261-8111
Fax: 303-261-8199
marie@thedrakelawfirm.com
angie@thedrakelawfirm.com
*Counsel for Plaintiff*

Plaintiff's Address:
5265 N. Academy Drive, Suite 3300
Colorado Springs, CO 80918

# PREMIER BUSINESSOWNERS - OFFICE (AMCO)

Exhibit 1

75 0060295 ACP 75-1-4408205 INSURED COPY N MACH

Exhibit 1

IN 72 91 01 14

★★★★★★★ IMPORTANT INSURANCE INFORMATION ★★★★★★★

Please read this Notice carefully – it does **not** form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in certain terrorism endorsement(s) in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) shall prevail.

# POTENTIAL RESTRICTIONS OF TERRORISM COVERAGE

This Notice has been prepared in conjunction with the **POTENTIAL** implementation of changes related to coverage of terrorism under your policy.

The Terrorism Risk Insurance Act established a program (Terrorism Risk Insurance Program) within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. That Program is subject to a termination date of December 31, 2014 unless extended by the federal government. If the federal Program terminates, or is extended with certain changes prior to or during the term of your policy, then the treatment of terrorism under your policy will change. This Notice is being provided to you for the purpose of summarizing potential impact on your coverage. The summary is a brief synopsis of significant exclusionary provisions and limitations.

This Notice does **not** form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in certain terrorism endorsement(s) in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

Carefully read your policy, including the endorsements attached to your policy.

## YOUR POLICY DURING TENURE OF THE TERRORISM RISK INSURANCE PROGRAM AS THAT PROGRAM EXISTS PURSUANT TO THE TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT OF 2007:

Except as described below, this policy does not contain a terrorism exclusion. In the absence of a terrorism exclusion, terrorism coverage applies in accordance with the terms of the policy. That is, the absence of a terrorism exclusion does not create coverage for any loss that would otherwise be excluded under the policy, such as losses excluded by the nuclear hazard or war exclusions.

**YOUR POLICY AT START OF NEW POLICY TERM:**

This policy does not contain a terrorism exclusion. However, the policy contains an endorsement under which coverage for "certified acts of terrorism" (which is more fully defined in the endorsement, but involves an act of terrorism certified by the federal government to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act) is subject to a limit on our liability pursuant to the federal Terrorism Risk Insurance Act. Further, the absence of a terrorism exclusion does not create coverage for any loss, injury or damage that would otherwise be excluded under the policy, such as property losses excluded by the nuclear hazard or war exclusions or liability losses excluded by the war liability exclusion.

**POTENTIAL CHANGE DURING THE TERM OF YOUR POLICY:**

*Endorsement PB 05 64 is attached to your policy. Its provisions will become applicable to your policy only if certain events (one or more of them) occur. Those events include the following:*

- If the federal Terrorism Risk Insurance Program (TRIP) terminates with respect to the type of insurance provided under this policy. (TRIP is scheduled to terminate at the end of December 31, 2014 unless extended by the federal government.); or
- If TRIP is extended with changes that redefine terrorism, and we are not required to make such revised coverage available to you; or

Exhibit 1

- If TRIP is extended with changes that make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other events or occurrences under this policy, and we are not required to make such revised coverage available to you; or
- If TRIP is extended with changes that increase insurers' statutory percentage deductible under TRIP for terrorism losses, or decrease the federal government's statutory percentage share in potential terrorism losses, and we are not required to make terrorism coverage available to you. Our deductible is 20% of the total of our previous year's direct earned premiums. The government's share is 85% of the terrorism losses paid by us above the deductible.

*Endorsement PB 05 64 treats terrorism as follows:*

1. Coverage for loss or damage under *property coverage* or injury or damage under *liability coverage* arising out of a terrorism incident is excluded only if:
   - The total of all insured damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from the incident, exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for a terrorism exclusion; or
   - Fifty or more persons sustain death or serious injury; (applies to injury or damage under liability coverage only); or
   - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or
   - The terrorism event involves the release of radioactive material, and it appears that one purpose of the terrorism was to release such material; or
   - The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or
   - The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

   For liability coverage, this would be a further restriction of coverage as we did not previously exclude domestic terrorism.

   *(NOTE - To determine whether the threshold for property damage ($25 million) is exceeded, multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)*
2. In PB 05 64, the "Exception Covering Certain Fire Losses" provision will now apply only in certain states. In these states, the terrorism exclusion does not restrict fire coverage under the Businessowners Property Coverage Form, due to a statutory requirement in such state. If the Exception applies in any states under your policy, that state is indicated in the Schedule of the terrorism endorsement. When the Exception applies, the exclusion of terrorism does not apply to direct loss or damage by fire to Covered Property in these states. In states not listed, the exclusion of terrorism applies to all causes of loss, including ensuing fire. This is a restriction of coverage as the exception for ensuing fire had been previously granted in states where there was no statutory requirement to do so.

*See the definition of terrorism for purposes of the terrorism exclusion.*

Exhibit 1

**Allied**
Insurance
a Nationwide Insurance® company

AMCO INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

05 24805
RENEWAL

# PREMIER BUSINESSOWNERS POLICY

PREMIER OFFICE

## COMMON DECLARATIONS

Policy Number: ACP BPO 7514408205

Named Insured: THE BESANCON TRUST
BESANCON, JOHN - TRUSTEE

Mailing Address: 5265 N ACADEMY BLVD STE 3300
COLORADO SPRINGS, CO 80918-4082

Agency: BENSON INSURANCE GROUP

Address: COLORADO SPRINGS CO 80918-4053

Agency Phone Number: (719)622-3079

Policy Period: Effective From 03-26-14 To 03-26-15
12:01 AM Standard Time at your principal place of business.

Form of your business entity: TRUST

Description of your business: OFFICE

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

**CONTINUATION PROVISION:** If we offer to continue your coverage and you or your representative do not accept, this policy will automatically terminate on the expiration date of the current policy period stated above. Failure to pay the required premium when due shall mean that you have not accepted our offer to continue your coverage. This policy will terminate sooner if any portion of the current policy period premium is not paid when due.

**RENEWAL POLICY NOTICE:** In an effort to keep insurance premiums as low as possible, we have streamlined your renewal policy by not including printed copies of policy forms or endorsements that have not changed from your expiring policies, unless they include variable information that is unique to you. Refer to your prior policies for printed copies of these forms. If you have a need for any form, they are available by request from your agent.

**TOTAL POLICY PREMIUM $ 6,704.00**

| Previous Policy Number | | | | |
|---|---|---|---|---|
| ACP BPO 7504408205 | ENTRY DATE | 01-07-14 | Countersignature | Date |

These Common Policy Declarations, together with the Common Policy Conditions, Coverage Form Declarations, Coverage Forms and any endorsements issued to form a part thereof, complete the Policy numbered above.

Exhibit 1

# PREMIER BUSINESSOWNERS POLICY

PREMIER OFFICE

SCHEDULE OF NAMED INSUREDS

Policy Number: ACP BPO 7514408205

Policy Period: From 03-26-14 To 03-26-15

Named Insured:

THE BESANCON TRUST
BESANCON, JOHN - TRUSTEE

Exhibit 1

**AMCO INSURANCE COMPANY**

**IN WITNESS WHEREOF** the Company has caused this policy to be signed by its president and secretary and countersigned on the declarations page by a duly authorized representative of the company.

SECRETARY PRESIDENT

Exhibit 1

# PREMIER BUSINESSOWNERS POLICY

**PREMIER OFFICE**
**PROPERTY DECLARATIONS**

Policy Number: **ACP BPO 7514408205**

Policy Period: From **03-26-14** To **03-26-15**

Description of Premises Number: **001** Building Number: **001** Construction: **NON-COMBUSTIBLE**
Premises Address **5350 TOMAH DR** **COLORADO SPRINGS CO 80918-6904**
Occupancy **OL** Classification: **OFFICES OR AGENCIES - NOT OTHERWISE CLASSIFIED**

Described as: **OFFICE BUILDING**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$ 5,000** Deductible, unless otherwise stated.

| **COVERAGES** | **LIMITS OF INSURANCE** |
|---|---|
| Building - Replacement cost | **$4,233,400** |
| Business Personal Property - | **NOT PROVIDED** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NOHour Waiting Period | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **3%** |
| Automatic Increase in Insurance - Business Personal Property | **2.9%** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |
| Increased Cost of Construction | **$25,000** |

| **OPTIONAL INCREASED LIMITS** | **Included Limit** | **Additional Limit** | |
|---|---|---|---|
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **NOT PROVIDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **NOT PROVIDED** |
| Ordinance or Law Broadened | **NOT PROVIDED** |
| Windstorm/Hail Deductible - Per Occurrence - PB5440 - $10,000 | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**

This premise has Protective Safeguards identified by symbols below. Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired. See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS: **P-2;**

Exhibit 1

# PREMIER BUSINESSOWNERS POLICY

PREMIER OFFICE

MORTGAGEE ASSIGNMENT INFORMATION

Policy Number: **ACP BPO 7514408205**

Policy Period: From **03-26-14** To **03-26-15**

Additional Interest: **M** Interest Number: **1** Loan Number:
Interest: **LOC 1-1**
**WELLS FARGO BANK NA**

**90 S CASCADE AVE, COLORADO SPRINGS, CO, 80903-1611**

Additional Interest: Interest Number: Loan Number:
Interest:

Additional Interest: Interest Number: Loan Number:
Interest:

Additional Interest: Interest Number: Loan Number:
Interest:

Additional Interest: Interest Number: Loan Number:
Interest:

Additional Interest: Interest Number: Loan Number:
Interest:

Additional Interest: Interest Number: Loan Number:
Interest:

Additional Interest: Interest Number: Loan Number:
Interest:

Additional Interest: Interest Number: Loan Number:
Interest:

Additional Interest: Interest Number: Loan Number:
Interest:

Exhibit 1

# PREMIER BUSINESSOWNERS POLICY

PREMIER OFFICE
PROPERTY DECLARATIONS

Policy Number: **ACP BPO 7514408205**

Policy Period: From **03-26-14** To **03-26-15**

Description of Premises Number: **001** Building Number: **002** Construction: **NON-COMBUSTIBLE**
Premises Address **5265 N ACADEMY BLVD** **COLORADO SPRINGS CO 80918-4060**
Occupancy **OL** Classification: **OFFICES OR AGENCIES - NOT OTHERWISE CLASSIFIED**

Described as: **OFFICE BUILDING**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$ 5,000** Deductible, unless otherwise stated.

| **COVERAGES** | | | **LIMITS OF INSURANCE** |
|---|---|---|---|
| Building - Replacement cost | | | **$4,233,400** |
| Business Personal Property - | | | **NOT PROVIDED** |
| **ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.** | | | |
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | | | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | | | **INCLUDED** |
| Equipment Breakdown | | | **INCLUDED** |
| Automatic Increase in Insurance - Building | | | **3%** |
| Automatic Increase in Insurance - Business Personal Property | | | **2.9%** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | | | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | | | **INCLUDED** |
| Increased Cost of Construction | | | **$25,000** |
| **OPTIONAL INCREASED LIMITS** | **Included Limit** | **Additional Limit** | |
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
| Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |
| **OPTIONAL COVERAGES - Other frequently purchased coverage options.** | | | |
| Employee Dishonesty | | | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | | | **NOT PROVIDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | | | **NOT PROVIDED** |
| Ordinance or Law Broadened | | | **NOT PROVIDED** |
| Windstorm/Hail Deductible - Per Occurrence - PB5440 - $10,000 | | | **INCLUDED** |

**PROTECTIVE SAFEGUARDS**

This premise has Protective Safeguards identified by symbols below. Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired. See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS: **P-2;**

Exhibit 1

# PREMIER BUSINESSOWNERS POLICY

PREMIER OFFICE

MORTGAGEE ASSIGNMENT INFORMATION

Policy Number: **ACP BPO 7514408205**

Policy Period: From **03-26-14** To **03-26-15**

Additional Interest: **M** Interest Number: **1** Loan Number:
Interest: **LOC 1-2**
**WELLS FARGO BANK NA**

**90 S CASCADE AVE, COLORADO SPRINGS, CO, 80903-1611**

Additional Interest: Interest Number: Loan Number:
Interest:

Additional Interest: Interest Number: Loan Number:
Interest:

Additional Interest: Interest Number: Loan Number:
Interest:

Additional Interest: Interest Number: Loan Number:
Interest:

Additional Interest: Interest Number: Loan Number:
Interest:

Additional Interest: Interest Number: Loan Number:
Interest:

Additional Interest: Interest Number: Loan Number:
Interest:

Additional Interest: Interest Number: Loan Number:
Interest:

Additional Interest: Interest Number: Loan Number:
Interest:

Exhibit 1

# PREMIER BUSINESSOWNERS POLICY

PREMIER OFFICE

## LIABILITY DECLARATIONS

Policy Number: **ACP BPO 7514408205**

Policy Period: From **03-26-14** To **03-26-15**

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit of Insurance | Per Occurrence | $2,000,000 |
| Medical Payments Coverage Sub Limit | Per Person | $5,000 |
| Tenants Property Damage Legal Liability Sub Limit | Per Covered Loss | $300,000 |
| Personal and Advertising Injury | Per Person Or Organization | $2,000,000 |
| Products – Completed Operations Aggregate | All Occurrences | $4,000,000 |
| General Aggregate (Other than Products – Completed Operations) | All Occurrences | $4,000,000 |

**AUTOMATIC ADDITIONAL INSUREDS STATUS**

The following persons or organizations are automatically insureds when you and they have agreed in a written contract or agreement that such person or organization be added as an additional insured on your policy.

Co-Owners of Insured Premises
Controlling Interest
Grantor of Franchise or License
Lessors of Leased Equipment
Managers or Lessors of Leased Premises
Mortgagee, Assignee or Receiver
Owners or Other Interest from Whom Land has been Leased
State or Political Subdivisions - Permits Relating to Premises

**PROPERTY DAMAGE DEDUCTIBLE**
NONE

**OPTIONAL COVERAGES**

NONE PROVIDED

Exhibit 1

# PREMIER BUSINESSOWNERS POLICY

PREMIER OFFICE

## FORMS AND ENDORSEMENTS SUMMARY

Policy Number: **ACP BPO 7514408205**

Policy Period: From **03-26-14** To **03-26-15**

| FORM NUMBER | | TITLE |
|---|---|---|
| LI0021 | 0101 | NUCLEAR ENERGY LIABILITY EXCLUSION |
| PB0002 | 0411 | PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM |
| PB0006 | 0411 | PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM |
| PB0009 | 0411 | PREMIER BUSINESSOWNERS COMMON POLICY CONDITIONS |
| PB0430 | 0411 | PROTECTIVE SAFEGUARDS |
| PB0534 | 0108 | CAP ON LOSSES FROM CERTIFIED ACTS OF TER |
| PB2998 | 0908 | EXCLUSION - VIOLATION OF CONSUMER PROTEC |
| PB2999 | 0411 | EXCLUSION - FUNGI OR BACTERIA |
| PB5440 | 0101 | DEDUCTIBLE - WINDSTORM OR HAIL CAUSES OF |
| PB9005 | 1103 | COLORADO AMENDATORY ENDORSEMENT |
| PB0564 | 0108 | CONDITIONAL EXCLUSION OF TERRORISM - EXC |

IMPORTANT NOTICES

| | | |
|---|---|---|
| IN7377 | 0806 | INFORMATION FOR INSUREDS WHO HAVE TENANTS ANTI-SUBROGATION R |
| IN7404 | 0107 | IMPORTANT FLOOD INSURANCE NOTICE |
| IN7589 | 1011 | DATA BREACH RESOLUTION SERVICES |
| IN7591 | 1011 | LIFESTAGES IDENTITY MANAGEMENT AND RESOLUTION SERVICES |
| IN7291 | 0114 | POTENTIAL RESTRICTIONS OF TERRORISM COVERAGE |

Exhibit 1
**BUSINESSOWNERS**
**PB 04 30 04 11**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

**NOTICE**

**YOU RISK THE LOSS OF CERTAIN INSURANCE COVERAGE AT PREMISES DESIGNATED IN THE DECLARATIONS IF YOU FAIL TO MAINTAIN ANY OF THE APPLICABLE PROTECTIVE SAFEGUARDS, LISTED BY SYMBOL IN THE DECLARATIONS FOR EACH PREMISES.**

Our requirement that you maintain the protective safeguard is in consideration of a premium reduction. If you do not wish to commit to the requirements expressed in this endorsement, at our option, your insurance may be continued. However, the credit for such protection would not be applied.

Your acceptance of this policy in the payment of premium when due constitutes your understanding and acknowledgement that you risk the loss of certain insurance at the premises designated if you fail to maintain the protective safeguard and your acceptance and agreement with the terms of this endorsement.

**SCHEDULE**

**Prem. / Bldg. No.** **Description of P-9 Protective Safeguard:**

A. **CONDITION.** As a condition of this insurance, you are required to maintain the applicable protective devices or services for fire, denoted by symbols P-1, P-2, P-3, P-4, P-5, P-8, or P-9; or for burglary and robbery, denoted by symbols P-6 or P-7), as designated at each premises by symbol in the Declarations.

B. **EXCLUSIONS.** Under Section B. EXCLUSIONS, the following exclusions are added:

1. **FIRE PROTECTIVE SAFEGUARDS**

   We will not pay for loss or damages caused by or resulting from fire if, prior to the fire, you:

   a. Knew or should have known of any suspension or impairment in any protective safeguard as designated at each premises by symbol in the Declarations and failed to notify us of that fact; or

   b. Failed to maintain any protective safeguard as designated at each premises by symbol in the Declarations and over which you have control, in complete working order; or

   c. Add or modify any cooking equipment and operate it prior to adding or extending any Fire Suppression System that is required by code to protect it.

   If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

2. **BURGLARY AND ROBBERY PROTECTIVE SAFEGUARDS**

   We will not pay for loss or damage caused by or resulting from theft if, prior to the theft, you:

   a. Knew or should have known of any suspension or impairment in any protective safeguard designated at each premises by symbol in the Declarations and failed to notify us of that fact; or

   b. Failed to maintain any protective safeguard designated at each premises by symbol in the Declarations and over which you had control, in complete working order.

Exhibit 1

C. **PROTECTIVE SAFEGUARD SYMBOLS.** The protective safeguards to which this endorsement applies are identified in the Declarations by the following symbols:

"P-1" **Automatic Sprinkler System**, including related supervisory services. Automatic Sprinkler System means:

a. Any automatic fire protective or extinguishing system, including connected:

1) Sprinklers and discharge nozzles;

2) Ducts, pipes, valves and fittings;

3) Tanks, their component parts and supports; and

4) Pumps and private fire protection mains.

b. When supplied from an automatic fire protective system:

1) Nonautomatic fire protective systems; and

2) Hydrants, standpipes and outlets.

"P-2" **Automatic Fire Alarm**, protecting the entire building, that is:

a. Connected to a central station; or

b. Reporting to a public or private fire alarm station.

"P-3" **Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

"P-4" **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

"P-5" **Watchman Service** based on contract with a privately owned security company providing premises protection services to the described premises.

"P-6" **Local Burglar Alarm** protecting the entire building which in the event of an unauthorized or attempted entry at the described premises, triggers a loud sounding gong or siren, or a visual device, on the outside of the building.

"P-7" **Central Station Burglar Alarm** protecting the entire building which, in the event of an unauthorized or attempted entry at the described premises, will automatically transmit an alarm signal to an outside Central Station or police station.

"P-8" **Fire Suppression System**, including related supervisory services. Fire Suppression System means any automatic fire protective or extinguishing system designed to protect cooking equipment (i.e. cooking surfaces, deep fat fryers, grease ducts and hoods) including connected:

a. Sprinklers and discharge nozzles;

b. Ducts, pipes, valves and fittings; and

c. Tanks, their component parts and supports.

"P-9" The protective system described in the Schedule of this endorsement.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

BUSINESSOWNERS
PB 05 64 01 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT) – EXCLUSION OF WAR

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM
PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (paragraph **B.1.b.** of this endorsement) applies to property located in the following states:

| | | | |
|---|---|---|---|
| California | Illinois | North Carolina | Virginia |
| Connecticut | Iowa | New York | Washington |
| Georgia | Maine | Oregon | Wisconsin |
| Idaho | Missouri | Rhode Island | West Virginia |

A. The **PROPERTY COVERAGE FORM** and the **LIABILITY COVERAGE FORM** are amended as follows:

1. **Applicability Of The Provisions Of This Endorsement**

   a. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

      (1) The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form; or

      (2) A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

         (a) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

         (b) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

         (c) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

   b. If the provisions of this endorsement become applicable, such provisions:

      (1) Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or injury or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and

Exhibit 1

(2) Remain applicable unless we notify you of changes in these provisions, in response to federal law.

c. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

2. The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

a. That involve the following or preparation for the following:

(1) Use or threat of force or violence; or

(2) Commission or threat of a dangerous act; or

(3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

b. When one or both of the following applies:

(1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

(2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**B. AMENDMENTS TO THE PROPERTY COVERAGE FORM**

1. Under Section B. EXCLUSIONS, the following exclusion is added:

a. **EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

(1) The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

(2) Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

(3) The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

(4) Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

(5) The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

With respect to this item 1.a.(5), the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of "terrorism" and the

 Includes copyrighted material of ISO Properties, Inc., with its permission

Exhibit 1

circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form.

b. **Exception Covering Certain Fire Losses**

The following exception to the EXCLUSION OF TERRORISM applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense Additional Coverages or endorsements that apply to those coverages.

c. **Application Of Other Exclusions**

(1) When the EXCLUSION OF TERRORISM applies in accordance with the terms of paragraph 1.a.(1) or 1.a.(2), such exclusion applies without regard to exclusion d. Nuclear Hazard in this Coverage Form.

(2) The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form as losses excluded by exclusion d. Nuclear Hazard or exclusion f. War And Military Action.

2. In Section B. EXCLUSIONS, under paragraph 1., exclusion f. War And Military Action is replaced by the following:

f. **War And Military Action**

(1) War, including undeclared or civil war; or

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

With respect to any action that comes within the terms of this exclusion and involves nuclear reaction or radiation, or radioactive contamination, this War And Military Action Exclusion supersedes the Nuclear Hazard Exclusion.

C. **AMENDMENTS TO THE LIABILITY COVERAGE FORM**

1. The following definition is added and applies under this endorsement wherever the phrase any injury or damage, is enclosed in quotation marks:

"Any injury or damage" means any injury or damage covered under this Coverage Form or any applicable endorsement, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury", as may be defined under this Coverage Form or any applicable endorsement.

2. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

a. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

b. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

c. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

 Includes copyrighted material of ISO Properties, Inc., with its permission

Exhibit 1

d. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

e. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

f. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

(1) Physical injury that involves a substantial risk of death; or

(2) Protracted and obvious physical disfigurement; or

(3) Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in paragraphs 2.e. or 2.f. are exceeded.

With respect to this Exclusion, paragraphs 2.e. and 2.f. describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Form.

3. Under Section I. COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. EXCLUSIONS, exclusion i. War is replaced in its entirety by the following:

This insurance, including any duty we have to defend "suits", does not apply to:

i. **War**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

(1) War, including undeclared or civil war; or

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. CAP ON CERTIFIED TERRORISM LOSSES**

The following provisions are added to the Premier Businessowners Policy and apply to Property and Liability Coverages:

**"Certified act of terrorism"** means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in that Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerousto human life, property or infrastructureand is committed by an individual or individualsas part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Governmentby coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and

Includes copyrighted material of ISO Properties, Inc., with its permission

Exhibit 1

PB 05 64 01 08

in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**All terms and conditions of this policy apply unless modified by this endorsement.**

**PB 05 64 01 08** Includes copyrighted material of ISO Properties, Inc., with its permission **Page 5 of 5**

**ACP BPO 7514408205** **INSURED COPY** **75 60313**

Exhibit 1

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

INTERLINE
LI 00 21 (01-01)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION
## (BROAD FORM)

All Coverage Parts included in this policy that provide Liability Coverage are subject to the following exclusion.

A. This insurance does not apply:

1. Under any Liability Coverage, to "bodily injury" or "property damage":

   a. With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   b. Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

      1) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

      2) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

2. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

3. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   a. The "nuclear material":

      1) Is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured"; or

      2) Has been discharged or dispersed therefrom;

   b. The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an insured; or

   c. The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion c. applies only to "property damage" to such "nuclear facility" and any property thereat.

B. As used in this endorsement:

1. **"Hazardous properties"** includes radioactive, toxic or explosive properties.

2. **"Nuclear material"** means "source material", "special nuclear material" or "by-product material".

3. **"Source material", "special nuclear material", and "by-product material"** have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

4. **"Spent fuel"** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

5. **"Waste"** means any waste material:

   a. Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of

Exhibit 1

uranium or thorium from any ore processed primarily for its "source material" content; and

b. Resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

6. **"Nuclear facility"** means:

a. Any "nuclear reactor";

b. Any equipment or device designed or used for:

1) Separating the isotopes of uranium or plutonium;

2) Processing or utilizing "spent fuel"; or

3) Handling, processing or packaging "waste";

c. Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

d. Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

7. **"Nuclear reactor"** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

8. **"Property damage"** includes all forms of radioactive contamination of property.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1997

Exhibit 1

★★★★★★★ IMPORTANT INSURANCE INFORMATION ★★★★★★★

Please read this Notice carefully – it does **not** form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in certain terrorism endorsement(s) in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) shall prevail.

# POTENTIAL RESTRICTIONS OF TERRORISM COVERAGE

This Notice has been prepared in conjunction with the **POTENTIAL** implementation of changes related to coverage of terrorism under your policy.

The Terrorism Risk Insurance Act established a program (Terrorism Risk Insurance Program) within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. That Program is subject to a termination date of December 31, 2014 unless extended by the federal government. If the federal Program terminates, or is extended with certain changes prior to or during the term of your policy, then the treatment of terrorism under your policy will change. This Notice is being provided to you for the purpose of summarizing potential impact on your coverage. The summary is a brief synopsis of significant exclusionary provisions and limitations.

This Notice does **not** form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in certain terrorism endorsement(s) in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

Carefully read your policy, including the endorsements attached to your policy.

## YOUR POLICY DURING TENURE OF THE TERRORISM RISK INSURANCE PROGRAM AS THAT PROGRAM EXISTS PURSUANT TO THE TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT OF 2007:

Except as described below, this policy does not contain a terrorism exclusion. In the absence of a terrorism exclusion, terrorism coverage applies in accordance with the terms of the policy. That is, the absence of a terrorism exclusion does not create coverage for any loss that would otherwise be excluded under the policy, such as losses excluded by the nuclear hazard or war exclusions.

**YOUR POLICY AT START OF NEW POLICY TERM:**

This policy does not contain a terrorism exclusion. However, the policy contains an endorsement under which coverage for "certified acts of terrorism" (which is more fully defined in the endorsement, but involves an act of terrorism certified by the federal government to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act) is subject to a limit on our liability pursuant to the federal Terrorism Risk Insurance Act. Further, the absence of a terrorism exclusion does not create coverage for any loss, injury or damage that would otherwise be excluded under the policy, such as property losses excluded by the nuclear hazard or war exclusions or liability losses excluded by the war liability exclusion.

**POTENTIAL CHANGE DURING THE TERM OF YOUR POLICY:**

*Endorsement PB 05 64 is attached to your policy. Its provisions will become applicable to your policy only if certain events (one or more of them) occur. Those events include the following:*

- If the federal Terrorism Risk Insurance Program (TRIP) terminates with respect to the type of insurance provided under this policy. (TRIP is scheduled to terminate at the end of December 31, 2014 unless extended by the federal government.); or
- If TRIP is extended with changes that redefine terrorism, and we are not required to make such revised coverage available to you; or

Exhibit 1

- If TRIP is extended with changes that make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other events or occurrences under this policy, and we are not required to make such revised coverage available to you; or
- If TRIP is extended with changes that increase insurers' statutory percentage deductible under TRIP for terrorism losses, or decrease the federal government's statutory percentage share in potential terrorism losses, and we are not required to make terrorism coverage available to you. Our deductible is 20% of the total of our previous year's direct earned premiums. The government's share is 85% of the terrorism losses paid by us above the deductible.

*Endorsement PB 05 64 treats terrorism as follows:*

1. Coverage for loss or damage under *property coverage* or injury or damage under *liability coverage* arising out of a terrorism incident is excluded only if:
   - The total of all insured damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from the incident, exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for a terrorism exclusion; or
   - Fifty or more persons sustain death or serious injury; (applies to injury or damage under liability coverage only); or
   - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or
   - The terrorism event involves the release of radioactive material, and it appears that one purpose of the terrorism was to release such material; or
   - The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or
   - The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

   For liability coverage, this would be a further restriction of coverage as we did not previously exclude domestic terrorism.

   *(NOTE - To determine whether the threshold for property damage ($25 million) is exceeded, multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)*
2. In PB 05 64, the "Exception Covering Certain Fire Losses" provision will now apply only in certain states. In these states, the terrorism exclusion does not restrict fire coverage under the Businessowners Property Coverage Form, due to a statutory requirement in such state. If the Exception applies in any states under your policy, that state is indicated in the Schedule of the terrorism endorsement. When the Exception applies, the exclusion of terrorism does not apply to direct loss or damage by fire to Covered Property in these states. In states not listed, the exclusion of terrorism applies to all causes of loss, including ensuing fire. This is a restriction of coverage as the exception for ensuing fire had been previously granted in states where there was no statutory requirement to do so.

*See the definition of terrorism for purposes of the terrorism exclusion.*

Exhibit 1
IN 74 04 01 07

# IMPORTANT FLOOD INSURANCE NOTICE

Thank you for the opportunity to provide your important insurance protection. As your insurance provider, we like to keep you informed of important issues that can potentially impact your property assets. This letter is to remind you of the importance of considering flood insurance and the importance of reviewing your policies on a regular basis.

Your Commercial Property (Premier Businessowners, and/or Commercial Property) and Farmowners' policy does not cover damage from floods to any property resulting directly or indirectly from "water." Excluded "water" losses include, but are not limited to those caused by flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not. These types of loss or damage caused by "Water" are excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. You will need to read your policy for all of the details about excluded water losses. This is just a summary of the excluded water losses to highlight some important flood-related issues.

In most communities, you can obtain flood insurance through your agent that is backed by the federal government's National Flood Insurance Program. In those qualifying communities, you can obtain flood insurance protection for your property regardless of your flood zone or flood risk.

Your agent can assist you in 1) determining if your community participates in the National Flood Insurance Program, 2) assessing your flood risk, and 3) understanding flood policy availability. To learn more about flood insurance and your risk of flooding access the National Flood Insurance Program's consumer website at www.FloodSmart.gov.

As you consider the risk of flooding in your area and consider your options for obtaining valuable protection, consider that:

- All property is in a flood zone, regardless of whether an area has been defined as high risk or low risk.
- Nearly 25% of all flood claims are for properties located in lower-risk flood areas or locations where flooding is not expected.
- Floods can happen anywhere, at any time, causing anguish, destruction, and financial damage.
- Changing weather patterns, as well as residential and business development, may increase your chance of experiencing a flood.
- Flooding can occur as a result of clogged, overloaded, or inadequate storm drains. You don't have to live near a body of water to be flooded.
- Federal disaster assistance is often a loan and must be repaid with interest.
- Your commercial property and/or farmowner policies exclude loss by flooding.

Ask your agent about obtaining flood insurance for commercial property today. Thank you for choosing us to meet your insurance needs. We value your business.

Exhibit 1

IN 75 89 11 14

★★★★★★★ IMPORTANT INSURANCE INFORMATION ★★★★★★★

Please read this Notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverage's you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# DATA BREACH AND IDENTITY RECOVERY SERVICES

Currently you have Proactive Breach Preparation and Reactive Breach Services. In addition, you also have Identity Recovery Services which includes Lifestages Identity Management and Resolution Services. The Identity Recovery services protects against the theft of identities of the insured's key owners, officers, and resident family members. Today, these services are provided through Identity Theft 911, LLC. This notice is to inform you that our Data Breach services provider will change to Hartford Steam Boiler.

Through this partnership, you will now have access to a data breach risk management portal called the eRisk Hub. The portal is designed to help you understand data information exposures, help you plan and be prepared for a data breach, and establish a response plan to manage the costs and minimize the effects of a data breach.

Key features of the portal include:

- Incident Response Plan Roadmap – suggested steps your business can take following data breach incident. Having an incident response plan prepared in advance of a breach can be useful for defense of potential litigation.
- Online Training Modules – ready-to-use training for your business on privacy best practices and Red Flag Rules.
- Risk Management Tools- assist your business in managing data breach exposures including self-assessments and state breach notification laws.
- eRisk Resources – a directory to quickly find external resources on pre and post-breach disciplines.
- News Center – cyber risk stories, security and compliance blogs, security news, risk management events, and helpful industry links.
- Learning Center – best practices and white papers written by leading authorities.

To access the eRisk Hub portal:

- Enter https://www.eriskhub.com/allied.php in your browser.
- Complete the information, including your name and company. Your User ID and Password are case-sensitive.
- Enter your assigned access code: **12116-11**.
- Enter the challenge word on the screen, and click "Submit" and follow the instructions to complete your profile setup.
- You can now login to the portal.

You will also have access to a help-line to answer breach related questions. Insured's having questions pertaining to how to prepare for a breach, help in identifying a breach, or other questions pertaining to breach related best practices can call our breach preparedness help-line. Experienced professionals are able to provide insights to help insured's understand the complicated environment pertaining to breaches of personal information. The breach preparedness help-line is 877-800-5028.

Exhibit 1

**THIS OFFER IS FOR YOUR EMPLOYEES – COPY AS NEEDED** **IN 75 91 10 11**

No insurance coverage is provided by this offer nor can it be construed to replace any provision of your policy.

LifeStages Identity Management and Resolution Services are offered by **Allied Insurance**, a Nationwide company at no additional cost to you and is provided by our Services Provider, Identity Theft 911, LLC. These loss control Services are not an insurance product and do not include (a) the recapture of an Eligible Individual expenses or losses resulting from the Activity, (b) psychological counseling for Eligible Individuals, or (c) legal advice or other legal services.

# ★★★ LIFESTAGES IDENTITY MANAGEMENT ★★★ AND RESOLUTION SERVICES

## FOR ELIGIBLE INDIVIDUALS (EMPLOYEES AND FAMILY MEMBERS)

**Commercial Account Policyholder First Named:**

**Commercial Account Number:**

**Toll Free Claims Number to initiate Services: 866-322-3214**

If you or your employees would like to obtain assistance for Identity Management or Resolution Services, please call our Claims Department. As long as the business owner has an active Commercial Businessowners or Commercial Property policy written by **Allied Insurance**, our Service Provider will provide the additional services outlined below:

**A. LIFESTAGES IDENTITY MANAGEMENT SERVICES**

Our Services Provider will provide the following LifeStages Identity Management Services to Allied's Policyholders' Eligible Individuals.

1. **Proactive**. In the event that an Eligible Individual's personal data has been compromised, a fraud specialist quickly moves to lock out thieves with a free fraud alert and acts swiftly to safeguard the Eligible Individual's identity and help prevent any further damage.
2. **Child Risk**. For Eligible Individuals who are parents and legal guardians of minor children, a fraud specialist will assist you in protecting your children from identity theft. The fraud specialist will help determine if a credit file has been opened in the minor's name. If a credit file is determined to exist, a fraud specialist will be assigned to the case, the resolution process will be initiated and credit file suppression will be placed on the minors credit file if desired.
3. **Marriage**. A fraud specialist navigates engaged couples and newlyweds through the marriage license requirements, helps Eligible Individuals guard against wedding identity scams, provides name-changing assistance, creditor notification, and other services.
4. **Military**. Active duty military personnel can stand up to identity thieves back home. A fraud specialist works with Eligible Individuals, their authorized spouse (or domestic partner) or family member, placing a free Military Fraud Alert for up to 2 years to protect their good name.
5. **Medical**. A fraud specialist clears up the damage from fraudulent insurance claims and bogus medical services, stopping relentless collection agencies and correcting the treatment files of Eligible Individuals before a medical catastrophe occurs.
6. **Travel**. Eligible Individuals get 24/7, worldwide access to a fraud specialist to recover lost or stolen identification and lock out identity thieves at home or away.
7. **Relocation**. Our Service Provider will help Eligible Individuals make sure that their sensitive data moves safely with them. A fraud specialist helps protect financial, credit, and identity information and facilitates uninterrupted access to financial institutions and accounts during a move.
8. **Break-In**. If the home, auto or boat of an Eligible Individual has been broken into, a fraud specialist springs into action with a free fraud alert to keep thieves from breaking into your personal data as well.
9. **Disaster**. A fraud specialist helps Eligible Individuals quickly replace identification and documentation needed to rebuild their lives, facilitating access to financial institutions and relaying messages to family, friends and providers.

Exhibit 1

10. **Estate**. To minimize risk to survivors of Eligible Individuals, a fraud specialist steps in to lock down the deceased's personal and financial information to prevent misuse, systematically notifying credit issuers, as well as securing death certificates.
11. **Tax Fraud Services**. Should an Eligible Individual fall victim to federal tax related identity theft, wherein someone utilizes the Eligible Individual's Personally Identifiable Information to file false tax return documents or commit employment related True Identity Theft, a fraud specialist assists the Eligible Individual by working with the IRS to correct the impacted tax records and provides resolution to any filing issues.
12. **Debt Tagging.** Should an Eligible Individual's credit files be incorrectly tagged with someone else's debt or reflect an incorrect amount of debt owed, a fraud specialists will facilitate the contacting of the credit agencies and assist in requesting that the incorrect information be removed from the Eligible Individual's credit file(s).

**B. RESOLUTION SERVICES**

Our Services Provider will provide the following Resolution Services to Allied's Policyholders' Eligible Individuals.

**Resolution Services.** For Eligible Individuals who are victims of Account Takeover or True Identity Theft, a personal fraud specialist will provide assistance to restore the victims' identity, handling the notification and documentation process. Victims will receive one year of free Credit Monitoring and Fraud Monitoring, plus follow-up.

NOTE: Free Credit Monitoring and Fraud Monitoring are available only to Eligible Individuals with online access to the Internet and valid e-mail addresses. Availability of monitoring alerts, fraud alerts, and educational materials may require adjustment of the Eligible Individual's spam filters to permit receipt of the communications.

Resolution Services include:

1. **Access to Personal Fraud Specialist.** One-on-one access to a dedicated fraud specialist may include, but is not limited to the following: interpretation and understanding of credit reports, assistance in gathering evidence against identity fraud, working with creditors to limit damages and resolve True Identity Theft, and follow up to make sure problem has been resolved.
2. **Placement of Fraud Alerts.** At the Eligible Individual's election, fraud specialist-assisted notification to place fraud alerts with TransUnion®, which are then passed to Experian® and Equifax®. Facilitation is paid by our Services Provider.
3. **Access to Our Services Provider's Resolution Center.** Eligible Individuals have 24/7/365 access to our experienced fraud specialists via a toll free number to answer questions and resolve True Identity Theft issues.
4. **Assistance Filing Police Report.** Our Services Provider will direct the Eligible Individuals in filing the police report by indicating the information that should be included in the report. This may include but is not limited to the following; counseling the Eligible Individual to list specific accounts that have been accessed, fraudulently charged, and/or fraudulently created. Our Services Provider will assist, where possible, in setting up an appointment with police personnel for either: (a) in-person meeting to file report; or (b) phone meeting to file report.
5. **Fraud Victim Affidavit.** At the Eligible Individual's election, our Services Provider's fraud specialist will assist in the creation of the Eligible Individual's affidavit.
6. **Credit Grantor Notification**. Our Services Provider will assist the Eligible Individual with all phone calls and all documents required to facilitate notification to credit grantors.
7. **Governmental Agency and Association Notification.** At the Eligible Individual's election, our Services Provider will provide assistance with notification to applicable government agencies or associations. The nature of the assistance and the applicable government agencies is going to be determined on a case by case basis depending upon the nature of the Account Takeover or True Identity Theft. Our Service Provider will notify and work with applicable government agencies on behalf of the Eligible Individual, to the extent possible and allowed by law and to the extent that the Eligible Individual wishes. Some of the government agencies that may be notified of the fraud, if necessary, could include but is not limited to:

   **a.** The Applicable State's Department of Motor Vehicles

   **b.** County Records/Recorders Offices

   **c.** County Tax Assessors

   **d.** U.S. Passport offices

   **e.** I.R.S.

   Note that our Service Provider will only notify and work with applicable government agencies. In a situation where the fraud is limited to check fraud, or new accounts being created, there would be no need to contact the I.R.S. However, if an illegal alien is using an Eligible Individual's Social Security number (SSN), involving the I.R.S.'s

fraud department may be necessary to make sure that the victim isn't responsible for the additional tax burden created by the additional income erroneously reported on their SSN.

8. **Credit Monitoring Provided to Fraud Victims**. At the Eligible Individual's election, enrollment in one year of Credit Monitoring with weekly alerts, which includes a 3-in-1 credit report. Monitors changes in Eligible Individual's credit file to identify fraudulent activity and measure the progress of resolution. Credit products paid by our Service Provider.
9. **Fraud Monitoring Provided to Fraud Victims**. At the Eligible Individual's election, enrollment in one year of Fraud Monitoring. Electronic notification to victim of changes in personal identifiers such as Social Security number, DMV, address, etc., in more than 1,000 monitored databases. Identifies additional frauds and measures the progress of resolution. Monitoring paid by our Service Provider.
10. **Creation of a Comprehensive Case File**. Our Service Provider will provide a comprehensive case file available for Eligible Individual presentation to law enforcement. Our Service Provider will create a comprehensive case file during the resolution process that documents identified fraud and resolution work. This can be used by law enforcement and prosecuting attorneys to assist the prosecution of perpetrators of True Identity Theft.
11. **Active Post Fraud Follow-Up**. Full year of active follow-up, commencing on the date the case is determined to be closed, to judge the effectiveness of victim resolution. Once the case is determined to be closed, the Eligible Individual will receive a six (6) month follow up from their advocate, and another twelve (12) month follow up to make sure that there is no more activity and that identity resolution has been successful. Since identity related information is evergreen, there is still the opportunity for an identity thief to commit further fraud once a case has been closed.

**C. DEFINITIONS**

These words or phrases, which appear in initial capitalization throughout this Offer, are defined as follows:

1. "**Activity**" means the following types of defined fraud activity not resulting from a compromise of a Database owned or controlled by a Policyholder:
   a. "**Account Takeover**" means the takeover by a third party of one or more existing deposit accounts, credit card accounts, debit card accounts, ATM cards, or lines of credit in the name of an Eligible Individual. Account Takeover includes the unauthorized takeover of one or more of an Eligible Individual deposit accounts, credit card accounts, debit card accounts, ATM cards, or lines of credit.
   b. "**Proactive Inquiry**" means an inquiry arising from the actual or perceived loss or theft of nonpublic personal information of an Eligible Individual by circumstances such as, but not limited to, the loss of a credit card, debit card, ATM card, checkbook, driver's license, or passport, or the loss of a wallet or purse or briefcase containing any of the foregoing.
   c. "**True Identity Theft**" means the creation of one or more new accounts, or a new identity in public records (such as a driver's license) or elsewhere, by a third party in the name and without the knowledge of an Eligible Individual, in order to commit fraud or other crimes and/or to disguise the third party's true identity.
2 "**Credit Monitoring**" means a consolidated report of a fraud victim's credit history with side-by-side data compiled from all 3 credit reporting agencies (Equifax®, Experian®, and TransUnion®) and Equifax® Single Bureau Monitoring which checks a credit file for activity every business day and sends alerts via e-mail, phone, U.S. mail, or text-enabled cell phone or pager.
3. "**Eligible Individual**" means the Policyholders' Employees that work in the named insured's business and includes the Individuals who are the Policyholders' corporate officers, partners, or members or manages of a LLC. Eligible Individual also includes the spouse (or domestic partner) and/or relatives under 23 years of age who live with any of these.
4. "**Employee**" means an employee of the business covered under this policy. Employee does not include a temporary or voluntary worker.
5. "**Fraud Monitoring**" means a comprehensive summary of public information available compiled from thousands of data sources including utilities, insurance companies and government databases. It includes information connected to an identity such as name and aliases, address history, personal property, licenses and registrations, criminal and civil court records, and/or bankruptcy filings.
6. "**Individual**" means a natural person and does not include a business, corporation, partnership, sole proprietorship, limited liability corporation, non-profit, government entity, association, etc.

Exhibit 1

7. "**Personally Identifiable Information**" and/or "**PII**" means any piece of information which can potentially be used to uniquely identify an Individual and could be used to facilitate an Account Takeover and/or True Identity Theft. This information may include, but is not limited to the following subcategories:
   a. **Identification and Contact Information**, such as first name or initial and last name, home or other physical address, including street name and name of a city or town, e-mail address, telephone number, fax number, any other identifier that permits the physical or online contacting of a specific Individual, e-mail or other addresses of spouse (or domestic partner)/dependents, and/or policy or claim information.
   b. **Government Issued Identification Numbers**, such as a social security number, drivers license number or Tax ID.
   c. **Financial Information**, such as bank account number, credit card number, debit card number, bank or investment account, debit card, or credit card balance, payment history, information pertaining to the customer's creditworthiness, assets, income, or liabilities, person's income, and/or person's spending habits.
8. "**Policyholder**" means the entity to which an **Allied Insurance** commercial policy is issued or written with a Commercial Account ACP prefix.

**TERMS AND CONDITIONS APPLICABLE TO ELIGIBLE INDIVIDUALS**

Use of the Services by an Eligible Individual is at the Eligible Individual's sole risk. The services are provided on an "as is" and "as available" basis. Nationwide Mutual Insurance Company, including its subsidiaries and affiliates collectively hereafter "**Nationwide**", and Identity Theft 911, LLC expressly disclaims all warranties of any kind, whether express or implied, including, but not limited to the implied warranties of merchantability, noninfringement, title and fitness for a particular purpose.

**Nationwide** and Identity Theft 911, LLC makes no warranty that (i) past identity fraud will be resolved, in whole or in part, (ii) future identity fraud will be prevented, (iii) the services will meet requirements of the customer, policyholder or its covered parties, (iv) the services will be uninterrupted, timely, secure, or error-free, (v) the results that may be obtained from the use of the services will be accurate or reliable, or (vi) the quality of any products, services, information, or other material purchased or obtained by an Eligible Individual through the services or via **Nationwide** and Identity Theft 911, LLC will meet the expectations of the Eligible Individual.

In no event shall **Nationwide** or Identity Theft 911, LLC be liable for any direct damages or any punitive, consequential, incidental, special, or indirect damages, whether or not the parties have been advised of the possibility of such damage, in any action arising from or related to this agreement or from data losses, whether based in contract, tort (including negligence), intended conduct or otherwise, including without limitation, damages relating to the loss of profits, income, goodwill or revenue. These limitations will apply notwithstanding the failure of any essential purpose of any limited remedy.

Exhibit 1
BUSINESSOWNERS
PB 00 02 11 14

# PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

## TABLE OF CONTENTS

A. COVERAGES .......... 2
1. COVERED PROPERTY .......... 2
2. PROPERTY NOT COVERED .......... 3
3. COVERED CAUSES OF LOSS .......... 3
4. LIMITATIONS .......... 3
5. ADDITIONAL COVERAGES .......... 4
a. Debris Removal .......... 4
b. Preservation Of Property .......... 5
c. Fire Department Service Charge .......... 5
d. Fire Extinguisher Recharge .......... 5
e. Collapse .......... 5
f. Water Damage, Other Liquids, Powder Or Molten Material Damage .......... 6
g. Business Income .......... 6
h. Extra Expense .......... 7
i. Pollutant Clean Up And Removal .......... 8
j. Civil Authority .......... 8
k. Money Orders And Counterfeit Money .......... 8
l. Forgery And Alteration .......... 9
m. Increased Cost Of Construction – Damaged Property .......... 9
n. Equipment Breakdown .......... 10
o. Arson Reward for Conviction .......... 12
p. Money And Securities .......... 12
q. Appurtenant Structures .......... 13
r. Back Up Of Sewer Or Drain Water Damage .......... 13
s. Dependent Properties – Business Income .......... 14
t. Limited Coverage for Fungi, Wet Rot Or Dry Rot .......... 14
u. Building Property of Others .......... 15
v. Unauthorized Business Card Use .......... 16
w. Computer Fraud And Funds Transfer Fraud .......... 16
6. COVERAGE EXTENSIONS .......... 16
a. Newly Acquired or Constructed Property .......... 16
b. Newly Acquired Property - Business Income .......... 17
c. Personal Property Off-premises .......... 17
d. Outdoor Trees, Shrubs, Plants, and Lawns .......... 18
e. Outdoor Signs .......... 18
f. Personal Effects .......... 18
g. Valuable Papers And Records .......... 18
h. Accounts Receivable .......... 19
i. Salespersons Samples .......... 19
j. Business Income and Extra Expense –Increased Period of Restoration Due to Ordinance or Law .......... 19
k. Removal Permit .......... 19
l. Electronic Data .......... 20
m. Interruption of Computer Operations .......... 20
B. EXCLUSIONS .......... 21
C. LIMITS OF INSURANCE .......... 26
D. DEDUCTIBLES .......... 27
E. PROPERTY LOSS CONDITIONS .......... 28
F. PROPERTY GENERAL CONDITIONS .......... 32
G. OPTIONAL COVERAGES .......... 33
1. Employee Dishonesty Optional Coverage .......... 33
2. Ordinance or Law Optional Coverages .......... 35
3. Optional Amendment of Coverage - Exclude Theft .......... 37
H. PROPERTY DEFINITIONS .......... 38

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

# PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insureds shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning. Please refer to Section H. PROPERTY DEFINITIONS.

A. **COVERAGES**

We will pay for direct physical loss of or damage to Covered Property at the described premises in the Declarations caused by or resulting from any Covered Cause of Loss.

1. **COVERED PROPERTY**

Covered Property includes Buildings as described under paragraph a. below, Business Personal Property as described under paragraph b. below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under paragraph 2, PROPERTY NOT COVERED.

a. **Buildings**, meaning the described buildings and structures at the described premises, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery;

(b) Equipment; and

(c) Tanks, including pumps;

(4) Your personal property in apartments, rooms or common areas furnished by you as landlord;

(5) Personal property owned by you that is used to maintain or service buildings or structures or the premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings;

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering; and

(e) Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, mast and towers;

(6) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the buildings or structures;

(b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures; and

(7) Garages, storage buildings, spas, swimming pools, fences, retaining walls or other appurtenant structures usual to your business, but only if:

(a) Coverage is not provided for such structures under the Appurtenant Structures Additional Coverage; and

(b) Such structures are then described in the Declarations.

b. **Business Personal Property** located in or on the buildings or structures at the described premises or in the open (or in a vehicle) within 1,000 feet of the building or structures or within 1,000 feet of the premises described in the Declarations, whichever distance is greater, consisting of the following:

(1) Personal property you own that is used in your business, including but not limited to furniture, fixtures, machinery, equipment and "stock";

(2) Personal property of others that is in your care, custody or control, except as otherwise provided in Condition 5. Loss Payment under Section E. PROPERTY LOSS CONDITIONS;

(3) Tenant improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(b) You acquired or made at your expense but cannot legally remove; and

(4) Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under paragraph (2) personal property of others above.

(5) Exterior building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control and you must be contractually obligated to repair or replace it. We will also pay for necessary repair or replacement of encasing frames, lettering or ornamentation that is part of the exterior glass.

Regardless of the amount of the Deductible, the most we will deduct from any loss or damage to exterior building glass in any one occurrence is listed in DEDUCTIBLES D.2.

2. **PROPERTY NOT COVERED**

Covered Property does not include:

a. Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

b. "Money" or "securities" except as provided in:

(1) Money and Securities Additional Coverage;

(2) Computer Fraud And Funds Transfer Fraud Additional Coverage; or

(3) Employee Dishonesty under Section G. OPTIONAL COVERAGES;

c. Contraband, or property in the course of illegal transportation or trade;

d. Land (including land on which the property is located), water (including water that is natural, metered water that is purchased from a utility company or other supplier, water that is located within a swimming pool, and/or bulk containerized water which is utilized for a fire suppression system. This does not include containerized water that is stock), growing crops or lawns (other than lawns which are part of a vegetated roof);

e. Outdoor signs (other than signs attached to buildings), trees, shrubs, plants or lawns (other than "stock" of trees, shrubs or plants and trees, shrubs or plants which are part of a vegetated roof), all except as provided in the:

(1) Outdoor Signs Coverage Extension; or

(2) Outdoor Trees, Shrubs, Plants and Lawns Coverage Extension.

f. Watercraft (including motors, equipment and accessories) while afloat;

g. Gasoline or diesel fuel contained in above ground or underground storage tanks;

h. Property that is covered under another coverage form of this or any other policy issued to the Named Insured listed on this policy in which it is more specifically described, except for the excess of the amount due (whether you can collect it or not) from that other insurance;

i. Grain, hay, straw or other crops while in the open;

j. Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy;

k. "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock";

l. "Electronic data", except as provided in the Electronic Data or Equipment Breakdown Additional Coverages. This paragraph l. does not apply to your "stock" of prepackaged software.

3. **COVERED CAUSES OF LOSS**

This Coverage Form insures against direct physical loss unless the loss is:

a. Excluded in Section B. EXCLUSIONS;

b. Limited in paragraph A.4. LIMITATIONS in this section; or

c. Limited or excluded in Section E. PROPERTY LOSS CONDITIONS or Section F. PROPERTY GENERAL CONDITIONS.

4. **LIMITATIONS**

a. We will not pay for loss of or damage to:

(1) Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

flues or passages through with the gases of combustion pass.

This limitation does not apply to loss or damage provided under the Equipment Breakdown Additional Coverage.

(2) Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

This limitation does not apply to loss or damage provided under the Equipment Breakdown Additional Coverage.

(3) Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to Money and Securities Additional Coverage.

(4) Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

This limitation does not apply to loss or damage provided under the Unauthorized Business Card Use or Computer Fraud.

(5) Fences, spas, outdoor swimming pools and related equipment, retaining walls, pavements, bulkheads, pillars, wharves or docks caused by freezing or thawing, impact of watercraft, or by the pressure or weight of snow, sleet, ice or water whether driven by wind or not.

(6) The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

b. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

(1) Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This limitation does not apply to:

(a) Glass that is part of the exterior or interior of a building or structure;

(b) Containers of property held for sale; or

(c) Photographic or scientific instrument lenses.

c. For loss or damage by theft, the following types of property are covered only up to the limits shown:

(1) $2,500 for furs, fur garments and garments trimmed with fur.

(2) $5,000 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $250 or less per item.

(3) $2,500 for patterns, dies, molds and forms.

5. **ADDITIONAL COVERAGES**

a. **Debris Removal**

(1) We will pay your expense to remove debris of Covered Property and debris from the property of others when such debris is caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) The most we will pay under this Debris Removal Additional Coverage is 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

This Debris Removal Additional Coverage will not increase the Limits of Insurance provided by this policy.

HOWEVER, this limitation does not apply to any additional debris removal limit provided in paragraph (4) below.

(3) This Debris Removal Additional Coverage does not apply to costs to:

(a) Remove deposits of mud or earth from the grounds of the described premises;

(b) Extract "pollutants" from land or water;

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(c) Remove, restore or replace polluted land or water; or

(d) Extract "pollutants" from Covered Property.

(4) If:

(a) The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

(b) The debris removal expense exceeds the amount payable under the 25% Debris Removal coverage limitation in paragraph (2) above;

we will pay up to an additional $25,000 for each location in any one occurrence under this Debris Removal Additional Coverage.

b. **Preservation Of Property**

(1) If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

(a) While it is being moved or while temporarily stored at another premises; and

(b) Only if the loss or damage occurs within 45 days after the property is first moved.

(2) This Preservation of Property Additional Coverage will not increase the Limits of Insurance provided by this policy.

c. **Fire Department Service Charge**

(1) When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 for your liability for fire department service charges:

(a) Assumed by contract or agreement prior to loss; or

(b) Required by local ordinance.

(2) The limit for this Fire Department Service Charge Additional Coverage is in addition to the Limits of Insurance.

(3) No deductible applies to this Fire Department Service Charge Additional Coverage.

d. **Fire Extinguisher Recharge**

(1) We will pay the expense you incur to recharge portable fire extinguishers when used to combat a covered fire.

(2) This Fire Extinguisher Recharge Additional Coverage is not subject to the Limits of Insurance.

(3) No deductible applies to this Fire Extinguisher Recharge Additional Coverage.

e. **Collapse**

The coverage provided under this Collapse Additional Coverage applies only to an abrupt collapse as described and limited in paragraphs e.(1) through e.(7).

(1) For the purpose of this Collapse Additional Coverage abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

(2) We will pay for direct physical loss of or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this policy or that contains Covered Property insured under this policy, if such collapse is caused by one or more of the following:

(a) Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

(b) Insect or vermin damage that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

(c) Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

(d) Use of defective materials or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

(i) A cause of loss listed in paragraph (2)(a) or (2)(b);

(ii) One or more of the "specified causes of loss";

(iii) Breakage of building glass;

(iv) Weight of people or personal property; or

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(v) Weight of rain, snow, sleet or ice, that collects on a roof.

(3) This Collapse Additional Coverage does not apply to:

(a) A building or any part of a building that is in danger of falling down or caving in;

(b) A part of a building that is standing, even if it has separated from another part of the building; or

(c) A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(4) With respect to the following property:

(a) Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, mast or towers;

(b) Awnings, gutters and downspouts;

(c) Yard fixtures;

(d) Outdoor swimming pools;

(e) Fences;

(f) Bulkheads, pilings, piers, wharves and docks;

(g) Beach or diving platforms or appurtenances;

(h) Retaining walls; and

(i) Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in (2)(a) through (2)(d) above, we will pay for loss or damage to that property in (a) through (i) above only if such loss or damage is a direct result of abrupt collapse of a building insured under this policy and the property is Covered Property under this policy.

(5) If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building or any part of a building, we will pay for loss of or damage to Covered Property caused by such collapse of personal property only if:

(a) The collapse of personal property was caused by a Cause of Loss listed in (2)(a) through (2)(d) above;

(b) The personal property which collapses is inside a building; and

(c) The property which collapses is not of a kind listed in paragraph (4), regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this paragraph (5) does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by collapse.

(6) This Collapse Additional Coverage does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(7) This Collapse Additional Coverage will not increase the Limits of Insurance provided in this policy.

f. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

(1) If a covered loss to which this insurance applies was caused by or resulted from water or other liquid, powder or molten material, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

HOWEVER, we will not pay for a loss caused by or resulting from water or other liquid, powder or molten material if the system or appliance in which the water or other substance escapes from is located off of the described premises.

(2) We will not pay the cost to repair any defect that caused the loss or damage except as provided in Equipment Breakdown Additional Coverage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

(a) Results in discharge of any substance from an automatic fire protection system; or

(b) Is directly caused by freezing.

(3) This Water Damage Additional Coverage will not increase the Limits of Insurance provided in this policy.

g. **Business Income**

(1) **Business Income with Ordinary Payroll Limitation**

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

(a) We will pay for the actual loss of "business income" you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

(b) With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(i) The portion of the building which you rent, lease or occupy; and

(ii) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(c) We will only pay for loss of "business income" that you sustain during the "period of restoration" and that occurs within the number of consecutive months shown in the Declarations for Business Income – Actual Loss Sustained after the date of direct physical loss or damage. We will only pay for "ordinary payroll expenses" for the number of days shown in the Declarations for Ordinary Payroll Limit following the date of direct physical loss or damage.

(2) **Extended Business Income**

(a) If the necessary suspension of your "operations" produces a "business income" loss payable under this policy, we will pay for the actual loss of "business income" you incur during the period that:

(i) Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

(ii) Ends on the earlier of:

i. The date you could restore your "operations", with reasonable speed, to the level which would generate the "business income" amount that would have existed if no direct physical loss or damage had occurred; or

ii. Sixty (60) consecutive days after the date determined in (2)(a)(i) above, unless a greater number of days is shown for Extended Business Income Increased Period of Indemnity in the Declarations at that described premises.

HOWEVER, Extended Business Income does not apply to loss of "business income" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

(b) Loss of a "business income" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(3) This Business Income Additional Coverage is not subject to the Limits of Insurance.

h. **Extra Expense**

(1) We will pay necessary "extra expense" you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

(2) With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

which the described premises are located, your premises means:

(a) The portion of the building which you rent, lease or occupy; and

(b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(3) We will only pay for "extra expense" that occurs within the number of consecutive months shown in the Declarations for Extra Expense after the date of direct physical loss or damage.

(4) This Extra Expense Additional Coverage is not subject to the Limits of Insurance.

i. **Pollutant Clean Up And Removal**

(1) We will pay your expense to extract "pollutants" from land, water or Covered Property at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) This Pollutant Clean Up And Removal Additional Coverage does not apply to:

(a) Costs to test for, monitor or assess the existence, concentration or effects of "pollutants"; or

(b) Any penalties or assessments that may be charged against you due to any statute, regulation or ordinance.

But we will pay for testing which is performed in the course of extracting the "pollutants" from land or water.

(3) The most we will pay for each location under this Pollutant Clean Up And Removal Additional Coverage is $25,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

(4) The limit for this Pollutant Clean Up And Removal Additional Coverage is in addition to the Limits of Insurance.

j. **Civil Authority**

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority coverage for "business income" will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to 30 days after coverage begins.

Civil Authority coverage for necessary "extra expense" will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) 30 days after the time of that action; or

(2) When your Civil Authority coverage for "business income" ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance.

k. **Money Orders And Counterfeit Money**

(1) We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

(a) Money orders issued by any post office, express company or bank that are not paid upon presentation; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(b) "Counterfeit money" that is acquired during the regular course of business.

(2) The most we will pay for any loss under this Money Orders And Counterfeit Money Additional Coverage is $5,000.

(3) The limit for this Money Orders And Counterfeit Money Additional Coverage is in addition to the Limits of Insurance.

l. **Forgery And Alteration**

(1) We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money" that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

(2) If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

(3) For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

(4) The most we will pay for any loss, including legal expenses, under this Additional Coverage is $10,000, unless a higher Limit of Insurance is shown in the Declarations.

(5) All losses:

(a) Caused by one or more persons; or

(b) Involving a single act or series of related acts;

is considered one occurrence.

(6) The limit for this Forgery And Alteration Additional Coverage is in addition to the Limits of Insurance.

m. **Increased Cost Of Construction – Damaged Property**

(1) This Additional Coverage applies only to buildings insured on a replacement cost basis.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in paragraphs (3) through (8) of this Increased Cost Of Construction – Damaged Property Additional Coverage.

(3) The ordinance or law referred to in paragraph (2) of this Increased Cost Of Construction – Damaged Property Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Increased Cost Of Construction – Damaged Property Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Increased Cost Of Construction – Damaged Property Additional Coverage, we will not pay for:

(a) The enforcement of, or compliance with, any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or

(b) Any costs associated with the enforcement of, or compliance with, an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungi", wet rot or dry rot.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

(6) The most we will pay under this Increased Cost Of Construction – Damaged Property Additional Coverage, for each described building insured under this Coverage Form, is $25,000.

The limit for this Increased Cost Of Construction – Damaged Property Additional Coverage is in addition to the Limits of Insurance.

(7) With respect to this Increased Cost Of Construction – Damaged Property Additional Coverage:

(a) We will not pay any costs:

(i) Until the property is actually repaired or replaced, at the same described premises or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same described premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same described premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises for a building of like, kind and quality and of the same size and use.

(8) This Increased Cost Of Construction – Damaged Property Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such exclusion would conflict with the provisions of this Increased Cost Of Construction – Damaged Property Additional Coverage.

n. **Equipment Breakdown**

(1) We will pay for direct physical loss of or damage to Covered Property caused by or resulting from an "accident" to "covered equipment".

If an initial "accident" causes other "accidents", all will be considered one "accident". All "accidents" that are the result of the same event will be considered one "accident".

(2) If a dollar deductible is shown in the declarations for this Equipment Breakdown Additional Coverage, we will first subtract the applicable deductible amount from any loss we would otherwise pay. We will then pay the amount of loss in excess of the applicable deductible up to the applicable limit for this coverage.

If no dollar deductible is shown for Equipment Breakdown Additional Coverage, the Property Deductible shown in the Declarations applies.

(3) The following coverages also apply to loss caused by or resulting from an "accident" to "covered equipment". These coverages do not provide additional amounts of insurance.

(a) **Expediting Expenses**

With respect to your damaged Covered Property, we will pay, up to $50,000, the reasonable extra cost to:

(i) Make temporary repairs; and

(ii) Expedite permanent repairs or replacement.

(b) **Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in (3)(c)(ii) below.

Additional costs mean those beyond what would have been required had no "hazardous substance" been involved.

The most we will pay for loss, damage or expense under this coverage, including actual loss of "business income" you sustain and necessary "extra expense" you incur is $50,000.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(c) **Perishable Goods**

(i) We will pay for physical damage to "perishable goods" due to spoilage.

(ii) We will also pay for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia.

(iii) We will also pay necessary expenses you incur to reduce the amount of loss under this coverage. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

(iv) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with Condition 5. Loss Payment under Section E. PROPERTY LOSS CONDITIONS.

The most we will pay for loss, damage or expenses under this coverage is $50,000.

(d) **Service Interruption**

(i) The insurance provided under the Business Income Additional Coverage, the Extra Expense Additional Coverage and for (c) Perishable Goods in this Equipment Breakdown Additional Coverage, is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water or steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

(ii) Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident".

(iii) The most we will pay for loss, damage or expense under this coverage is the limit that applies to Business Income, Extra Expense or Perishable Goods.

(e) **Electronic Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "electronic data".

The most we will pay for loss or expense under this coverage, including actual loss of "business income" you sustain and necessary "extra expense" you incur, is $50,000.

(f) **Environmental, Safety and Efficiency Improvements**

The following provision does not apply to property insured on an "actual cash value" basis.

If "covered equipment" requires replacement due to loss or damage caused by or resulting from an "accident", we will pay your additional cost to replace with equipment that is better for the environment, more efficient or safer than the equipment being replaced.

HOWEVER, we will not pay more under this additional coverage than 125% of what the cost would have been to repair or replace with like kind and quality.

This provision does not increase any of the applicable limits.

(4) **Additional Exclusions**

(a) We will not pay under this Equipment Breakdown Additional Coverage for loss, damage or

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1



expense caused by or resulting from:

(i) Any defect, programming error, programming limitation, "computer" virus, malicious code, loss of data, loss of access, loss of use, loss of functionality or other condition within "electronic data". But if an "accident" results, we will pay for the resulting loss, damage or expense; or

(ii) Any of the following tests:

i. A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

ii. An electrical insulation breakdown test of any type of electrical equipment.

(b) With respect to (d) Service Interruption coverage, we will not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except for steam or centrifugal explosion); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood; or earth movement.

(c) Exclusion B.1.h. Fungi, Wet Rot Or Dry Rot does not apply to spoilage of personal property that is "perishable goods," to the extent that spoilage is covered under (c) Perishable Goods coverage.

(d) We will not pay under this Equipment Breakdown Additional Coverage for any loss or damage to animals.

(5) **Additional Conditions**

(a) **Suspension**

Whenever "covered equipment" is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to: your address as shown in the Declarations, or at the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by written notice of reinstatement from us.

(b) **Jurisdictional Inspections**

If "covered equipment" under this Equipment Breakdown Additional Coverage requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

(6) The most we will pay for loss, damage or expense under this Equipment Breakdown Additional Coverage arising from any one "accident" is the applicable Limit of Insurance shown in the Declarations.

This Equipment Breakdown Additional Coverage will not increase the Limits of Insurance provided by this policy.

o. **Arson Reward for Conviction**

(1) In the event that a covered fire loss was the result of an act of arson, we will pay a reward to anyone, other than paid investigators, who gives legal authorities information that leads to the conviction of anyone who committed such arson.

(2) We will pay up to 10 percent of the amount of the insured fire loss or $10,000, whichever is less. This payment is the most we will pay in any one occurrence, regardless of the number of persons providing information or convicted of arson.

(3) The limit for this Arson Reward for Conviction Additional Coverage is in addition to the Limits of Insurance.

(4) No deductible applies to this Arson Reward for Conviction Additional Coverage.

p. **Money And Securities**

(1) We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee (including a temporary or leased employee) having use and custody of the property, at the described premises, or in transit by direct route between any of these places, resulting directly from:

(a) Theft, meaning any act of stealing;


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(b) Disappearance; or

(c) Destruction.

(2) In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

(a) Resulting from accounting or arithmetical errors or omissions;

(b) Due to the giving or surrendering of property in any exchange or purchase;

(c) Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device; or

(d) From an unattended motor vehicle.

(e) That is covered under the Unauthorized Business Card Use or Computer Fraud And Funds Transfer Fraud Additional Coverages.

(3) The most we will pay under this Money and Securities Additional Coverage for loss in any one occurrence is:

(a) **Inside the Premises**, $10,000 for "money" and "securities" while:

(i) In or on the described premises; or

(ii) Within a bank or savings institution;

unless a higher Limit of Insurance for "money" and "securities" inside the premises is shown in the Declarations; and

(b) **Outside the Premises** (Limited – loss from an unattended motor vehicle is excluded), $10,000 for "money" and "securities" while anywhere else, unless a higher Limit of Insurance for "money" and "securities" outside the premises is shown in the Declarations.

(4) All loss:

(a) Caused by one or more persons; or

(b) Involving a single act or series of related acts;

is considered one occurrence.

(5) You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

(6) The limit for this Money and Securities Additional Coverage is in addition to the Limits of Insurance.

q. **Appurtenant Structures**

(1) We will pay for direct physical loss of or damage to any separate garages, storage buildings, swimming pools, spas, fences, retaining walls and other appurtenant structures usual to your business at the described premises in the Declarations caused by or resulting from any Covered Cause of Loss.

(2) The most we will pay for loss or damage under this Appurtenant Structures Additional Coverage in any one occurrence is 10% of the Building Limit of Insurance shown in the Declarations for that described building.

HOWEVER, if the value of any one garage, storage building, swimming pool, spa, fence, retaining wall or other appurtenant structure exceeds $50,000, this Appurtenant Structures Additional Coverage does not apply to that structure. The value of the property covered under this Appurtenant Structures Additional Coverage will be determined at replacement cost without deduction for depreciation. If the "Actual Cash Value – Buildings" option applies to Buildings, as shown in the Declarations, we will determine the value of property covered under this Appurtenant Structures Additional Coverage at "actual cash value".

Section E. PROPERTY LOSS CONDITIONS, paragraph 5.e.(1)(b) under Loss Payment does not apply in determining if property is covered under this Appurtenant Structures Additional Coverage. All Loss Payment provisions are otherwise applicable for loss or damage covered by this Additional Coverage.

(3) The limit for this Appurtenant Structures Additional Coverage is in addition to the Limits of Insurance.

r. **Back Up Of Sewer Or Drain Water Damage**

(1) For the purpose of this Back Up Of Sewer Or Drain Water Damage Additional Coverage the following definition is added;

"Flood" means a general and temporary condition of partial or complete inundation of normally dry land areas from:

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

(a) The unusual and rapid accumulation or runoff of surface waters from any source;

(b) The overflow of inland or tidal waters; or

(c) Waves, tides or tidal waves.

(2) We will pay for loss of or damage to Covered Property caused by water that backs up or overflows from a sewer or drain pipe, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water.

HOWEVER, we will not pay for loss or damage that results from:

(a) Sewer back-up or sump pump overflow that occurs during the period beginning 10 days before and ending 10 days after a "flood" on the described premises;

(b) An insured's failure to keep a sump pump or it's related equipment in proper working condition;

(c) An insured's failure to perform the routine maintenance or repair necessary to keep a sewer or drain pipe free from obstructions; or

(d) Sump pump failure which is caused by or results from failure of power, unless this policy is endorsed to cover power failure affecting the described premises.

(e) Damage that is caused by the breaking apart or cracking of a water or sewer pipe that is located off of the described premises.

(3) The most we will pay for loss or damage under this coverage is:

(a) $5,000 per building; or

(b) $25,000 in any one policy period, regardless of the number of losses;

unless a higher Limit of Insurance for Back Up Of Sewer Or Drain Water Damage is shown in the Declarations.

(4) The limit of insurance that applies to coverage under this Back Up Of Sewer Or Drain Water Damage Additional Coverage includes any loss arising from debris removal expense, Business Income Additional Coverage and Extra Expense Additional Coverage.

(5) The limit for this Back Up Of Sewer Or Drain Water Damage Additional Coverage is in addition to the Limits of Insurance.

(6) The Debris Removal Additional Coverage does not apply to this Back Up Of Sewer Or Drain Water Damage Additional Coverage.

s. **Dependent Properties – Business Income**

(1) We will pay for the actual loss of "business income" you sustain due to the necessary and unavoidable suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to "dependent property" or "secondary dependent property" caused by or resulting from any Covered Cause of Loss.

However, this Additional Coverage does not apply when the only loss at the premises of a Dependent Property or Secondary Dependent Property is loss or damage to "electronic data." If the Dependent Property or Secondary Dependent Property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the property is repaired, rebuilt or replaced.

(2) We will only pay for loss of "business income" that occurs within 12 consecutive months after the date of direct physical loss or damage.

(3) This Dependent Properties – Business Income Additional Coverage is not subject to the Limits of Insurance.

(4) The "dependent property" or "secondary dependent property" must be located in the coverage territory of this policy.

t. **Limited Coverage for Fungi, Wet Rot Or Dry Rot**

(1) The coverage described in paragraphs t.(2) and t.(6) only applies when the "fungi", wet rot or dry rot are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

(2) We will pay for loss or damage by "fungi", wet rot or dry rot. As used in

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

this Limited Coverage, the term loss or damage means:

(a) Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

(b) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

(c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot are present.

(3) The coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than the total of $15,000 even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

(4) The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this limited coverage.

(5) The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

(6) The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage.

(a) If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under the Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

(b) If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet rot or dry rot, but remediation of "fungi", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

u. **Building Property of Others**

(1) If you occupy a described premises as a tenant, and a written lease or rental agreement for that premises requires you to pay for loss of or damage to a part of building property you do not own, we will pay for direct physical loss of or damage to that part of building property, other than exterior glass, caused by a Covered Cause of Loss.

(2) The valuation of property covered under this Additional Coverage will be

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

determined in accordance with the building valuation option (e.g. Actual Cash Value or Replacement Cost) shown on the policy declarations, or at the amount for which the tenant is liable under contract, whichever is less.

(3) The most we will pay for any loss or damage under this Building Property of Others Additional Coverage is $10,000, unless a higher limit is shown in the Declarations or the property is covered under another coverage form of this or all other collectible insurance. HOWEVER if a higher limit is described in the Covered Property Declarations or the property is covered under another coverage form of this or any other specifically scheduled property, that coverage amount will be in excess of the Building Property of Others Additional Coverage limit, up the applicable limit of insurance.

(4) The limit for this Building Property of Others Additional Coverage is in addition to the Limits of Insurance.

v. **Unauthorized Business Card Use**

(1) We will pay for the legal obligation you have because of the theft or unauthorized use of your business credit, debit or charge cards issued to you or registered in your name or the name of your business.

(2) The most we will pay under this Unauthorized Business Card Use Additional Coverage for loss in any one occurrence is $10,000.

(3) All loss:

(a) Caused by one or more persons; or

(b) Involving a single act or series of related acts;

is considered one occurrence.

(4) The limit for this Unauthorized Business Card Use Additional Coverage is in addition to the Limits of Insurance.

w. **Computer Fraud And Funds Transfer Fraud**

(1) We will pay for:

(a) Loss resulting from "fraudulent instruction" directing a financial institution to transfer, pay or deliver "money" or "securities" from your "transfer account"; or

(b) Loss directly related to the use of any computer to fraudulently cause a transfer of covered property from inside the described premises to a person (other than a messenger) or place outside those premises.

(2) The most we will pay under this Computer Fraud And Funds Transfer Fraud Additional Coverage for loss in any one occurrence is $10,000.

(3) All loss:

(a) Caused by one or more persons; or

(b) Involving a single act or series of related acts;

is considered one occurrence.

(4) The limit for this Computer Fraud and Funds Transfer Fraud Additional Coverage is in addition to the Limits of Insurance.

6. **COVERAGE EXTENSIONS**

Except as otherwise provided, the following Extensions apply to property located in or on the described building in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as follows.

a. **Newly Acquired or Constructed Property**

(1) **Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at premises other than the one described, intended for:

(i) Similar use as the described building in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Buildings Coverage Extension is $1,000,000 at each building.

(2) **Business Personal Property**

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

If this policy covers Business Personal Property, you may extend that insurance to apply to:

(a) Business Personal Property, including such property that you newly acquire, other than at fairs or exhibitions, at any premises you acquire;

(b) Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the described premises; or

(c) Business Personal Property that you newly acquire, located at the described premises.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Business Personal Property Coverage Extension is $500,000 at each building.

(3) **Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 180 days after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

b. **Newly Acquired Property - Business Income**

(1) You may extend the insurance that applies to Business Income Additional Coverages to apply to property at any premises you newly acquire, other than temporary premises such as fairs or exhibitions, whether attended regularly or not.

(2) The most we will pay for loss under this Newly Acquired Property - Business Income Coverage Extension is the lesser of:

(a) The actual loss of "business income" you sustain, as provided for and described under the Business Income Additional Coverage; or

(b) $100,000.

(3) This insurance will end the earlier of:

(a) This policy expires;

(b) 180 days after you acquire the property; or

(c) You report values to us.

We will charge you any additional premium from the date you acquire the property.

c. **Personal Property Off-premises**

(1) You may extend the insurance provided by this policy to apply to your Covered Property while it is in the course of transit or at a premises you do not own, lease or operate.

(2) Transit under this Coverage Extension means the shipment of Covered Property that:

(a) Begins at a point of shipment to a specific destination;

(b) Includes both loading and unloading of Covered Property;

(c) Includes ordinary reasonable and necessary stops, interruptions, delays or transfers incidental to the route and method of shipment, including rest periods taken by the driver(s); and

(d) Ends upon acceptance of Covered Property by or on behalf of a consignee at the specified destination.

(3) Covered Property under this Coverage Extension does not include:

(a) "Money" and "Securities";

(b) "Valuable papers and records";

(c) Accounts Receivable;

(d) "Computer(s)" and "Electronic data", other than "Stock", and

(e) Tools and equipment of a mobile nature which are used in your business, other than "Stock".

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

The most we will pay for loss or damage under this Personal Property Off-premises Coverage Extension is $15,000.

d. **Outdoor Trees, Shrubs, Plants, and Lawns**

(1) You may extend the insurance provided by this policy to apply to your outdoor trees, shrubs, plants and lawns (other than "stock"), including debris removal expense, caused by or resulting from any of the following Causes of Loss:

Fire; Lightning; Explosion; Aircraft or vehicles; Riot or civil commotion; Vandalism; or Theft.

(2) The most we will pay for loss or damage under this Outdoor Trees, Shrubs, Plants, and Lawns Coverage Extension is $10,000 in any one occurrence, unless a higher limit for outdoor trees, shrubs, plants, and lawns is shown in the Declarations, but not more than $2,500 for any one tree, shrub or plant.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

(3) The Debris Removal Additional Coverage does not apply to this Outdoor Trees, Shrubs, Plants, and Lawns Coverage Extension.

e. **Outdoor Signs**

(1) You may extend the insurance provided by this policy to apply to your outdoor signs, including debris removal expense.

(2) The most we will pay for loss or damage under this Outdoor Signs Coverage Extension is $2,500 in any one occurrence, unless a higher limit for outdoor signs is shown in the Declarations.

(3) The Debris Removal Additional Coverage does not apply to this Outdoor Signs Coverage Extension.

f. **Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees.

HOWEVER, personal effects does not include:

(1) Tools or equipment used in your business; or

(2) "Money", "securities" or jewelry.

AND this Business Personal Property Coverage Extension does not apply to:

(a) Property while it is in the course of transit or at a premises you do not own, lease or operate

(b) Property in storage away from the described premises.

The most we will pay for loss or damage under this Personal Effects Coverage Extension is $10,000 in any one occurrence, but not more than $2,500 for the personal effects of any one individual.

g. **Valuable Papers And Records**

(1) You may extend the insurance provided by this policy to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control, caused by or resulting from a Covered Cause of Loss. This Valuable Papers And Records Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

(2) This Valuable Papers And Records Coverage Extension does not apply to:

(a) Property held as samples or for delivery after sale;

(b) Property in storage away from the described premises.

(3) The most we will pay under this Valuable Papers And Records Coverage Extension for loss of or damage to "valuable papers and records", in any one occurrence at the described building is $25,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $25,000.

(4) Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement of the

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

lost or damaged information. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

(5) Section B. EXCLUSIONS of this Coverage Form does not apply to this Valuable Papers And Records Coverage Extension except for:

(a) Paragraph B.1.c., Governmental Action;

(b) Paragraph B.1.d., Nuclear Hazard;

(c) Paragraph B.1.f., War And Military Action;

(d) Paragraph B.2.f., Dishonesty;

(e) Paragraph B.2.g., False Pretense;

(f) Paragraph B.2.m.(2), Errors Or Omissions; and

(g) Paragraph B.3.

h. **Accounts Receivable**

(1) You may extend the insurance provided by this policy to apply to your records of accounts receivable. We will pay:

(a) All amounts due from your customers that you are unable to collect;

(b) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

(c) Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

(d) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

(2) The most we will pay under this Accounts Receivable Coverage Extension for loss or damage in any one occurrence at the described building is $25,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For records of accounts receivable not at the described premises, the most we will pay is $25,000.

(3) Section B. EXCLUSIONS of this Coverage Form does not apply to this Accounts Receivable Coverage Extension except for:

(a) Paragraph B.1.c., Governmental Action;

(b) Paragraph B.1.d., Nuclear Hazard;

(c) Paragraph B.1.f., War And Military Action;

(d) Paragraph B.2.f., Dishonesty;

(e) Paragraph B.2.g., False Pretense;

(f) Paragraph B.3.; and

(g) Paragraph B.6., Accounts Receivable Exclusion.

i. **Salespersons Samples**

(1) You may extend the insurance that applies to Business Personal Property to apply to salespersons samples while away from the described premises.

(2) The most we will pay under this Salespersons Samples Coverage Extension for loss or damage in any one occurrence is $10,000.

j. **Business Income and Extra Expense – Increased Period of Restoration Due to Ordinance or Law**

If a Covered Cause of Loss occurs to property at the described premises, coverage is extended to include the amount of actual and necessary loss you sustain during the "period of restoration" of "operations" caused by or resulting from the enforcement of, or compliance with, any ordinance or law that:

(1) Regulates the construction or repair of any property;

(2) Requires the tearing down of parts of any property not damaged by a Covered Cause of Loss; and

(3) Is in force at the time of loss.

HOWEVER, coverage is not extended under this Business Income and Extra Expense –Increased Period of Restoration Due to Ordinance or Law Extension to include loss caused by or resulting from the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

k. **Removal Permit**

If Covered Personal Property is removed to a new premise that is described in the Declarations, you may extend this insurance to include that Covered Personal Property at each premise during the removal. Coverage at each premises will apply in the proportion that the value at each premises bears to the value of all Covered Personal Property being removed. This permit applies up to 30 days after the date Covered Personal Property is first removed at the previous premises; after that, this Removal Permit Coverage Extension does not apply at the previous premises.

l. **Electronic Data**

(1) You may extend the insurance provided by this policy to apply to the cost to replace or restore "electronic data" which has been destroyed or corrupted by a Covered Cause of Loss, a "computer" virus, harmful code or similar instruction introduced into or enacted on a "computer" system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a "computer" system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

(2) To the extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "electronic data" was stored, with blank media of substantially identical type.

(3) The most we will pay under this Electronic Data Coverage Extension for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of buildings, locations or "computer" systems involved, is $10,000, unless a higher Limit of Insurance is shown in the Declarations. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

(4) This Additional Coverage does not apply to your "stock" of prepackaged software, or to "electronic data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

(5) This Electronic Data Coverage Extension does not apply to losses covered under the Equipment Breakdown Additional Coverage.

m. **Interruption of Computer Operations**

(1) You may extend the insurance that applies to Business Income and Extra Expense Additional Coverages to apply to a suspension of "operations" caused by an interruption in "computer" operations due to destruction or corruption of "electronic data" due to "specified causes of loss", Collapse or a "computer" virus, harmful code or similar instruction introduced into or enacted on a "computer" system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a "computer" system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

(2) The most we will pay under this Interruption of Computer Operations Coverage Extension for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of buildings, locations or "computer" systems involved, is $10,000 unless a higher Limit of Insurance is shown in the Declarations. If loss payment relating to the first interruption does not exhaust

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(3) This Interruption of Computer Operations Coverage Extension does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (2) above has not been exhausted.

(4) Coverage for Business Income does not apply when a suspension of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under paragraphs (1) through (3) of this Interruption of Computer Operations Coverage Extension.

(5) Coverage for Extra Expense does not apply when action is taken to avoid or minimize a suspension of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under paragraphs (1) through (3) of this Interruption of Computer Operations Coverage Extension.

(6) This Additional Coverage does not apply when loss or damage to "electronic data" involves only "electronic data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

(7) This Interruption of Computer Operations Coverage Extension does not apply to losses covered under the Equipment Breakdown Additional Coverage.

B. **EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

a. **Ordinance Or Law**

The enforcement of, or compliance with, any ordinance or law:

(1) Regulating the construction, use or repair of any property; or

(2) Requiring the tearing down of any property, including the cost of removing its debris; or

(3) Requiring the removal or disposal of "pollutants".

This Ordinance Or Law Exclusion applies whether the loss results from:

(1) An ordinance or law that is enforced even if the property has not been damaged; or

(2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

b. **Earth Movement**

(1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

(2) Landslide, including any earth sinking, rising or shifting related to such event;

(3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

(4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in (1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

(5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

(a) Airborne volcanic blast or airborne shock waves;

(b) Ash, dust, or particulate matter; or

(c) Lava flow.

With respect to coverage for volcanic action as set forth in **5(a)**, **5(b)** and **5(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which the 'otherwise caused' exclusion would apply are acts such as road construction, using tools such as jack hammers and causing ground vibrations in close proximity to the insured's building resulting in damage to the building's structure and foundation.

c. **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

d. **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, including but not limited to radon gas, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e. **Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

This exclusion does not apply to loss or damage provided under the Equipment Breakdown Additional Coverage.

f. **War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. **Water**

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain pipe, sump, sump pump or related equipment, except as provided under the Back Up Of Sewer Or Drain Water Damage Additional Coverage;

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in paragraph (1), (3) or (4), or material carried or otherwise moved by mudslide or mudflow.

(6) Water that overflows from any plumbing fixture because the water is unable to enter into an attached drain pipe, or water that is unable to enter into a drain pipe through any interior or exterior drain, drain strainer, catch basin, roof drain, scupper, or similar device designed to channel water from a plumbing fixture, roof, floor or other surface area.

(7) Discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off of the described premises and is part of a municipal water supply system or municipal sanitary sewer system.

This exclusion applies regardless of whether any of the above, in paragraphs (1) through (7), is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

HOWEVER, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

But if any of the above paragraphs (1) through (5), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

h. **Fungi, Wet Rot Or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.

But if "fungi", wet rot or dry rot result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

(1) When "fungi", wet rot or dry rot result from fire or lightning; or

(2) To the extent that coverage is provided in the Limited Coverage For Fungi, Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

i. **Virus Or Bacteria**

(1) Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

(2) However, the exclusion in paragraph (1) does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion h.;

(3) With respect to any loss or damage subject to the exclusion in paragraph (1), such exclusion supersedes any exclusion relating to "pollutants".

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. **Electrical Apparatus**

Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network; or

(2) Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

(1) Electrical current, including arcing;

(2) Electrical charge produced or conducted by a magnetic or electromagnetic field;

(3) Pulse of electromagnetic energy; or

(4) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by fire.

This Electrical Apparatus exclusion does not apply to the coverage provided under the Equipment Breakdown Additional Coverage.

b. **Consequential Losses**

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

Delay, loss of use or loss of market.

c. **Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

d. **Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

This Steam Apparatus exclusion does not apply to the coverage provided under the Equipment Breakdown Additional Coverage.

e. **Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

f. **Dishonesty**

Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees is not covered.

With respect to Covered Property, including accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

g. **False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

h. **Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

i. **Collapse**

(1) Collapse, including any of the following conditions of property or any part of the property:

(a) An abrupt falling down or caving in;

(b) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(c) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to paragraph i.(1)(a) or i.(1)(b).

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

(2) This Exclusion i., does not apply:

(a) To the extent that coverage is provided under the Collapse Additional Coverage; or

(b) To collapse caused by one or more of the following:

(i) The "specified causes of loss";

(ii) Breakage of building glass;

(iii) Weight of rain that collects on a roof; or

(iv) Weight of people or personal property.

j. **Pollutants**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage,

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1
PB 00 02 11 14

migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

k. **Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

l. **Other Types Of Loss**

(1) Wear and tear;

(2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force, except as provided under the Equipment Breakdown Additional Coverages.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature;

(c) Marring or scratching; or

(d) Growth of tree, shrub or plant roots causing physical damage to any underground property, property foundations, roadways, walks, patios or other paved surfaces.

But if an excluded cause of loss that is listed in paragraphs (1) through (7) above results in a "specified cause of loss", "accident" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss", "accident" or building glass breakage.

m. **Errors Or Omissions**

Errors or omissions in:

(1) Programming, processing or storing data, as described under "electronic data" or in any "computer" operations; or

(2) Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

n. **Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic data".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

o. **Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic data", except as provided under the Equipment Breakdown or Electronic Data Additional Coverages.

However, we will pay for direct loss or damage caused by lightning.

p. **Leakage or Seepage**

Constant or repeated seepage or leakage of water or steam, or the presence or condensation of humidity, moisture or vapor, whether continuous or intermittent from any:

(1) Heating, air conditioning or refrigerating system;

(2) Domestic appliance; or

(3) Plumbing system, including from or around any shower stall or other shower bath installation, bathtub or other plumbing fixture.

3. We will not pay for loss or damage caused by or resulting from any of the following B.3.a. through B.3.c. But if an excluded cause of loss that is listed in B.3.a. through B.3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. **Weather Conditions**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph B.1. above to produce the loss or damage.

b. **Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. **Negligent Work**

Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, work methods, repair, construction, renovation, remodeling, grading, compaction, failure to protect the property;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. **Additional Exclusion**

The following applies only to the property specified in this Additional Exclusion.

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

5. **Business Income And Extra Expense Exclusions**

a. We will not pay for:

(1) Any “extra expense”, or increase of “business income” loss, caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage.

(2) Any other consequential loss.

b. With respect to this exclusion, suspension means:

(1) The partial slowdown or complete cessation of your business activities; and

(2) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

6. **Accounts Receivable Exclusion**

The following additional exclusion applies to the Accounts Receivable Coverage Extension:

We will not pay for:

a. Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

b. Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

c. Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

C. **LIMITS OF INSURANCE**

1. The most we will pay for loss or damage in any one occurrence is the applicable Limits of Insurance shown in the Declarations, except as otherwise provided in this Section.

2. The limits applicable to Additional Coverages are in addition to the Limits of Insurance only if so indicated in that Section of this Coverage Form.

3. The limits applicable to the Coverage Extensions are in addition to the Limits of Insurance.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

4. **Building Limit – Automatic Increase**
   a. The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.
   b. The amount of increase is calculated as follows:
      (1) Multiply the Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit, times
      (2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times
      (3) The number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Building limit, divided by 365.

      Example:

      If: The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

      The amount of increase is

      $100,000 x .08 x (146 / 365) = $3,200.
   c. The Automatic Increase percentage for Buildings will be the percentage shown in the Declarations. This percentage may change at each renewal date, unless a different percentage is selected by you.
5. **Business Personal Property Limit – Automatic Increase**
   a. The Limit of Insurance for Business Personal Property will automatically increase by the annual percentage shown in the Declarations.
   b. The amount of increase is calculated as follows:
      (1) Multiply the Limit of Insurance that applied on the most recent of the policy inception date, the policy renewal date, or any other policy change amending the Limit of Insurance, times
      (2) The percentage of increase shown in the Declarations, expressed as a decimal (example: 2% is .02), times
      (3) The number of days since the beginning of the current policy year, or since the effective date of the most recent policy change amending the Business Personal Property limit, divided by 365.

      Example:

      If: The applicable limit is $150,000; and

      The annual percentage increase is 3%; and

      The number of days since the beginning of the policy year (or last policy change) is 146;

      Then the amount of increase is $150,000 x .03 x (146 / 365) = $1,800.
   c. The Automatic Increase percentage for Business Personal Property will be the average annual Index shown in the Declarations. This percentage may change at each renewal date.

      In no event will the Limit of Insurance be reduced unless you specifically request us to do so.
6. **Business Personal Property Limit – Seasonal Increase**
   a. Subject to paragraph 6.b., the Limit of Insurance for Business Personal Property is automatically increased by 25% to provide for seasonal variations.
   b. The increase described in paragraph 6.a will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:
      (1) The 12 months immediately preceding the date the loss or damage occurs; or
      (2) The period of time you have been in business as of the date the loss or damage occurs.

D. **DEDUCTIBLES**

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.
2. With respect to the exterior building glass of the location identified in the Declarations, the most we will deduct from any loss or damage to the exterior building glass in any one occurrence is $250. The exterior building glass deductible of $250 will be utilized for any loss or damage to the exterior building glass regardless of the deductible amount for the scheduled property shown in the policy Declarations.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

But this $250 deductible will not increase the property deductible shown in the Declarations for the scheduled property. This $250 deductible is in addition to all other deductibles.

Example:

If: The amounts of loss to the damaged property are $50,000 (building) and $1,000 (exterior building glass.) The actual limit of insurance on the damaged property is $200,000 and the property deductible shown in the policy declarations is $1,000.

Based on the example information and the coverage language, the most we will pay for this claim is as follows:

Exterior Glass: $1,000 (loss amount) - $250 (exterior glass deductible) = $750 (amount paid for loss).

Building: $50,000 (loss amount) - $750 (remaining deductible amount after the exterior glass deductible) = $49,250 (amount paid for loss).

The most we will pay for this loss is $50,000 ($49,250 + $750). The portion of the total loss that is not covered due to the application of each deductible documented above is $1,000 ($750 + $250).

3. No deductible applies to the following Additional Coverages:
   a. Fire Department Service Charge;
   b. Fire Extinguisher Recharge;
   c. Business Income;
   d. Extra Expense;
   e. Civil Authority; and
   f. Arson Reward for Conviction.

E. **PROPERTY LOSS CONDITIONS**

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Appraisal**

   If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser after receiving a written request from the other, and will advise the other party of the name of such appraiser within 20 days. The two appraisers will select an umpire. If appraisers cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of property and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
   a. Pay its chosen appraiser; and
   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**
   a. You must see that the following are done in the event of loss of or damage to Covered Property:
      (1) Notify the police if a law may have been broken.
      (2) Give us prompt notice of the loss or damage. Include a description of the property involved.
      (3) As soon as possible, give us a description of how, when and where the loss or damage occurred.
      (4) Take all reasonable steps to protect the Covered Property from further damage. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

      HOWEVER, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss.
      (5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values, amount of loss claimed and a detailed description of each item.
      (6) As often as may be reasonably required, permit us to inspect the damaged property and examine your books and records, including financial records and tax returns.

      Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.
      (7) Send us a signed, sworn proof of loss containing the information we request

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

(9) Resume all or part of your "operations" as quickly as possible.

b. We may examine any insured or their employee under oath, while not in the presence of any other insured or employee, at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. At our option and expense, any examination under oath may be video or audio taped as well as being recorded by stenographic record. If a written transcript is prepared of the testimony, then at our request your answers under oath must be signed under penalty of perjury.

4. **Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

a. There has been full compliance with all of the terms of this insurance; and

b. The action is brought within 1 year after the date on which the direct physical loss or damage occurred.

5. **Loss Payment**

In the event of loss or damage covered by this policy:

a. At our option, we will either:

(1) Pay the value of lost or damaged property as described in e. below;

(2) Pay the cost of repairing or replacing the lost or damaged property;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to b. below.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of, or compliance with, any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss, provided you have complied with all of the conditions set forth in paragraph 3. above.

d. We will not pay you more than your financial interest in the Covered Property.

e. Except as provided in (2) through (9) below, we will determine the value of Covered Property as follows:

(1) At replacement cost without deduction for depreciation, subject to the following:

(a) We will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts, subject to E.5.b. above:

(i) The Limit of Insurance under this policy that applies to the lost or damaged property;

(ii) The cost to replace, on the same premises, the lost or damaged property with other property:

i. Of comparable material and quality; and

ii. Used for the same purpose; or

(iii) The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

(b) You may make a claim for loss or damage covered by this insurance on an "actual cash value" basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an "actual cash value" basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

(c) We will not pay on a replacement cost basis for any loss or damage:

(i) Until the lost or damaged property is actually repaired or replaced; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

However, if your loss qualifies for payment on a replacement cost basis

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

and the cost of repair or replacement is $2,500 or less, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation.

(2) If the "Actual Cash Value – Buildings" option applies, as shown in the Declarations, paragraph (1) above does not apply to Buildings. Instead, we will determine the value of Buildings at "actual cash value".

(3) The following property at "actual cash value":

(a) Used or second-hand merchandise held in storage or for sale;

(b) Property of others, other than leased personal property you have a contractual responsibility to insure, but this property is not covered for more than the amount for which you are liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others;

(c) Household contents, except personal property in apartments or rooms furnished by you as landlord;

(d) Manuscripts; and

(e) Works of art, antiques or rare articles, including but not limited to etchings, pictures, statuary, marble, bronzes, porcelain and bric-a-brac.

(4) Glass at the cost of replacement with safety glazing material if required by law.

(5) Tenants' Improvements and Betterments at:

(a) Replacement cost if you make repairs promptly.

(b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(i) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(ii) Divide the amount determined in (i) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(c) Nothing if others pay for repairs or replacement.

(6) Applicable only to Money and Securities Additional Coverage, and Employee Dishonesty Optional Coverage:

(a) "Money" at its face value and in general circulation; and

(b) "Securities" at their value at the close of business on the day the loss is discovered.

(7) Applicable only to Accounts Receivable:

(a) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

(i) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

(ii) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

(b) The following will be deducted from the total amount of accounts receivable, however that amount is established:

(i) The amount of the accounts for which there is no loss or damage;

(ii) The amount of the accounts that you are able to reestablish or collect;

(iii) An amount to allow for probable bad debts that you are normally unable to collect; and

(iv) All unearned interest and service charges.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(8) "Stock" you have sold but not delivered at the selling price less expenses you otherwise would have had.

(9) Business Income and Extra Expense:

(a) We will determine the amount of a "business income" loss based on:

(i) the net income of your business before the direct physical loss or damage occurred;

(ii) the likely net income of your business if no physical loss or damage occurred, but not including any likely increase in net income attributable to an increase in the volume of business as a result of favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

(iii) the operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(iv) other relevant sources of information, including;

i. financial records and accounting procedures;

ii. bills, invoices and other vouchers; and

iii. deeds, liens and contracts.

(b) We will determine the amount of "extra expense" based on:

(i) all expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage occurred. The following will be deducted from the total of such expenses:

i. the remaining salvage value of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

ii. any "extra expense" that is paid for by other insurance,

(ii) all necessary expenses that reduce the "business income" loss that otherwise would have been incurred.

f. Our payment for loss of or damage to property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

g. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

h. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy; and

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

i. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

6. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

HOWEVER if, at the time of loss, the amount of loss or damage to your property exceeded our Limit of Insurance and your property in excess of the Limit of Insurance was turned over to us, you retain your rights to recovery on such uninsured property. We will return to you a portion of any recovery on that property based upon the proportion of the loss in excess of our Limit of Insurance bears to the total loss.

7. **Resumption Of Operations**

We will reduce the amount of your:

a. Loss payable under Business Income Additional Coverage, other than "extra expense", to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

b. Loss payable under Extra Expense Additional Coverage to the extent you can return "operations" to normal and discontinue such "extra expense".

8. **Vacancy**

a. **Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

b. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage, including damage that is caused by or resulting from freezing;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in paragraphs (1)(a) through (1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

F. **PROPERTY GENERAL CONDITIONS**

The following conditions apply in addition to the COMMON POLICY CONDITIONS.

1. **Control Of Property**

If any person other than you has control of your property after a loss, a breach of these conditions by such a person, beyond your direction or control, will not be considered a breach of these conditions by you, and it will not affect this insurance.

The breach of any condition of this Coverage Form, other than the Concealment, Misrepresentation or Fraud Common Policy Condition, at any one or more locations will not affect coverage at any locations where, at the time of loss or damage, the breach of condition did not exist.

2. **Mortgageholders**

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this policy at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

3. **No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

4. **Policy Period, Coverage Territory**

Under this form:

a. We cover loss or damage commencing:

(1) During the policy period shown in the Declarations; and

(2) Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

b. The coverage territory is:

(1) The United States of America (including its territories and possessions);

(2) Puerto Rico; and

(3) Canada.

G. **OPTIONAL COVERAGES**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These Optional Coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

1. **Employee Dishonesty Optional Coverage**

a. We will pay for:

(1) Direct loss of or damage to Business Personal Property and "money" and "securities";

(2) The legal obligation you have because of the theft or unauthorized use of your business credit, debit or charge cards issued to you or registered in your name or the name of your business;

(3) Loss resulting from "fraudulent instruction" directing a financial institution to transfer, pay or deliver "money" or "securities" from your "transfer account"; or

(4) Loss directly related to the use of any computer to fraudulently cause a transfer of covered property from inside the described premises to a person (other than a messenger) or place outside those premises;

resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you, your partner or an officer of a closely held corporation) with the manifest intent to:

(1) Cause you to sustain loss or damage; and also

(2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

(a) Any employee; or

(b) Any other person or organization.

b. We will not pay for loss or damage:

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

PREMIER BUSINESSOWNERS - OFFICE (AMCO)

TABPAGE (07-02)00

MACH N INSURED COPY ACP 75-1-4408205 75 0060295

Exhibit 1

IN 72 91 01 14

★★★★★★★ IMPORTANT INSURANCE INFORMATION ★★★★★★★

Please read this Notice carefully – it does **not** form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in certain terrorism endorsement(s) in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) shall prevail.

# POTENTIAL RESTRICTIONS OF TERRORISM COVERAGE

This Notice has been prepared in conjunction with the **POTENTIAL** implementation of changes related to coverage of terrorism under your policy.

The Terrorism Risk Insurance Act established a program (Terrorism Risk Insurance Program) within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. That Program is subject to a termination date of December 31, 2014 unless extended by the federal government. If the federal Program terminates, or is extended with certain changes prior to or during the term of your policy, then the treatment of terrorism under your policy will change. This Notice is being provided to you for the purpose of summarizing potential impact on your coverage. The summary is a brief synopsis of significant exclusionary provisions and limitations.

This Notice does **not** form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in certain terrorism endorsement(s) in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

Carefully read your policy, including the endorsements attached to your policy.

## YOUR POLICY DURING TENURE OF THE TERRORISM RISK INSURANCE PROGRAM AS THAT PROGRAM EXISTS PURSUANT TO THE TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT OF 2007:

Except as described below, this policy does not contain a terrorism exclusion. In the absence of a terrorism exclusion, terrorism coverage applies in accordance with the terms of the policy. That is, the absence of a terrorism exclusion does not create coverage for any loss that would otherwise be excluded under the policy, such as losses excluded by the nuclear hazard or war exclusions.

**YOUR POLICY AT START OF NEW POLICY TERM:**

This policy does not contain a terrorism exclusion. However, the policy contains an endorsement under which coverage for "certified acts of terrorism" (which is more fully defined in the endorsement, but involves an act of terrorism certified by the federal government to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act) is subject to a limit on our liability pursuant to the federal Terrorism Risk Insurance Act. Further, the absence of a terrorism exclusion does not create coverage for any loss, injury or damage that would otherwise be excluded under the policy, such as property losses excluded by the nuclear hazard or war exclusions or liability losses excluded by the war liability exclusion.

**POTENTIAL CHANGE DURING THE TERM OF YOUR POLICY:**

*Endorsement PB 05 64 is attached to your policy. Its provisions will become applicable to your policy only if certain events (one or more of them) occur. Those events include the following:*

- If the federal Terrorism Risk Insurance Program (TRIP) terminates with respect to the type of insurance provided under this policy. (TRIP is scheduled to terminate at the end of December 31, 2014 unless extended by the federal government.); or
- If TRIP is extended with changes that redefine terrorism, and we are not required to make such revised coverage available to you; or

Exhibit 1

- If TRIP is extended with changes that make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other events or occurrences under this policy, and we are not required to make such revised coverage available to you; or
- If TRIP is extended with changes that increase insurers' statutory percentage deductible under TRIP for terrorism losses, or decrease the federal government's statutory percentage share in potential terrorism losses, and we are not required to make terrorism coverage available to you. Our deductible is 20% of the total of our previous year's direct earned premiums. The government's share is 85% of the terrorism losses paid by us above the deductible.

*Endorsement PB 05 64 treats terrorism as follows:*

1. Coverage for loss or damage under *property coverage* or injury or damage under *liability coverage* arising out of a terrorism incident is excluded only if:
    - The total of all insured damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from the incident, exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for a terrorism exclusion; or
    - Fifty or more persons sustain death or serious injury; (applies to injury or damage under liability coverage only); or
    - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or
    - The terrorism event involves the release of radioactive material, and it appears that one purpose of the terrorism was to release such material; or
    - The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or
    - The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

    For liability coverage, this would be a further restriction of coverage as we did not previously exclude domestic terrorism.

    *(NOTE - To determine whether the threshold for property damage ($25 million) is exceeded, multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)*
2. In PB 05 64, the "Exception Covering Certain Fire Losses" provision will now apply only in certain states. In these states, the terrorism exclusion does not restrict fire coverage under the Businessowners Property Coverage Form, due to a statutory requirement in such state. If the Exception applies in any states under your policy, that state is indicated in the Schedule of the terrorism endorsement. When the Exception applies, the exclusion of terrorism does not apply to direct loss or damage by fire to Covered Property in these states. In states not listed, the exclusion of terrorism applies to all causes of loss, including ensuing fire. This is a restriction of coverage as the exception for ensuing fire had been previously granted in states where there was no statutory requirement to do so.

*See the definition of terrorism for purposes of the terrorism exclusion.*

Exhibit 1

**Allied Insurance**
a Nationwide Insurance® company

AMCO INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

05 24805
RENEWAL

# PREMIER BUSINESSOWNERS POLICY

PREMIER OFFICE

## COMMON DECLARATIONS

Policy Number: ACP BPO 7514408205

Named Insured: THE BESANCON TRUST
BESANCON, JOHN - TRUSTEE
Mailing Address: 5265 N ACADEMY BLVD STE 3300
COLORADO SPRINGS, CO 80918-4082
Agency: BENSON INSURANCE GROUP
Address: COLORADO SPRINGS CO 80918-4053
Agency Phone Number: (719)622-3079

Policy Period: Effective From 03-26-14 To 03-26-15
12:01 AM Standard Time at your principal place of business.

Form of your business entity: TRUST

Description of your business: OFFICE

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

**CONTINUATION PROVISION:** If we offer to continue your coverage and you or your representative do not accept, this policy will automatically terminate on the expiration date of the current policy period stated above. Failure to pay the required premium when due shall mean that you have not accepted our offer to continue your coverage. This policy will terminate sooner if any portion of the current policy period premium is not paid when due.

**RENEWAL POLICY NOTICE:** In an effort to keep insurance premiums as low as possible, we have streamlined your renewal policy by not including printed copies of policy forms or endorsements that have not changed from your expiring policies, unless they include variable information that is unique to you. Refer to your prior policies for printed copies of these forms. If you have a need for any form, they are available by request from your agent.

**TOTAL POLICY PREMIUM $ 6,704.00**

| Previous Policy Number | | | | |
|---|---|---|---|---|
| ACP BPO 7504408205 | ENTRY DATE | 01-07-14 | Countersignature | Date |

These Common Policy Declarations, together with the Common Policy Conditions, Coverage Form Declarations, Coverage Forms and any endorsements issued to form a part thereof, complete the Policy numbered above.

Exhibit 1

(1) Resulting from any dishonest or criminal act that you, any of your partners, "members" or any officer of a closely held corporation commit whether acting alone or in collusion with other persons.

(2) Resulting from any dishonest act committed by any of your employees (except as provided in paragraph a.), "managers" or directors:

(a) Whether acting alone or in collusion with other persons; or

(b) While performing services for you or otherwise.

(3) The only proof of which as to its existence or amount is:

(a) An inventory computation; or

(b) A profit and loss computation.

c. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

d. All loss or damage:

(1) Caused by one or more persons; or

(2) Involving a single act or series of acts;

is considered one occurrence.

e. If any loss is covered:

(1) Partly by this insurance; and

(2) Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid and regardless that previous policies were in effect, whether issued by us, any affiliated company or any other company, this coverage shall not be cumulative from year to year or period to period.

f. This Employee Dishonesty Optional Coverage is cancelled as to any employee immediately upon discovery by:

(1) You; or

(2) Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

g. We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

h. If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

(1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

(2) The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

i. The insurance under paragraph h. above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

(1) This Optional Coverage as of its effective date; or

(2) The prior insurance had it remained in effect.

j. With respect to the Employee Dishonesty Optional Coverage in paragraph G.1., employee means:

(1) Any natural person:

(a) While in your service or for 30 days after termination of service;

(b) Who you compensate directly by salary, wages or commissions; and

(c) Who you have the right to direct and control while performing services for you;

(2) Any natural person who is furnished temporarily to you:

(a) To substitute for a permanent employee as defined in paragraph (1) above, who is on leave; or

(b) To meet seasonal or short-term workload conditions;

(3) Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in paragraph (2) above;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(4) Any natural person who is a former employee, director, partner, "member", "manager", representative or trustee retained as a consultant while performing services for you; or

(5) Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But employee does not mean:

(1) Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

(2) Any "manager", director or trustee except while performing acts coming within the usual duties of an employee.

2. **Ordinance or Law Optional Coverages**

a. The Coverage(s) provided by this Ordinance or Law Optional Coverage apply only if both paragraphs a.(1) and a.(2) are satisfied and are then subject to the qualifications set forth in a.(3).

(1) The ordinance or law:

(a) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

(b) Is in force at the time of loss.

But this Ordinance or Law Optional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

(2) The building sustains direct physical damage:

(a) That is covered under this policy and such damage results in enforcement of, or compliance with, the ordinance or law; or

(b) That is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of, or compliance with, the ordinance or law.

(c) But if the damage is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Ordinance or Law Optional Coverage even if the building has also sustained covered direct physical damage.

(3) In the situation described in a.(2)(b) above, we will not pay the full amount of loss otherwise payable under the terms of this Ordinance or Law Optional Coverage. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

(Section f. of this Ordinance or Law Optional Coverage provides an example of this procedure.)

HOWEVER, if the covered direct physical damage alone would have resulted in enforcement of, or compliance with, the ordinance or law, then we will pay the full amount of loss otherwise payable under terms of this Ordinance or Law Optional Coverage.

b. **Coverage 1 - Loss to the Undamaged Portion of Building**

When the Declarations show that Ordinance or Law - Coverage 1 applies at a described building and if a Covered Cause of Loss occurs to covered Building property, we will pay for the loss in value of the undamaged portion of the building as a consequence of enforcement of or compliance with an ordinance or law that requires demolition of undamaged parts of the same building.

This Coverage 1 of Ordinance or Law Optional Coverage is included within the Limit of Insurance shown in the Declarations as applicable to the covered Building property. This portion of the Ordinance or Law Optional Coverage does not increase the Limit of Insurance.

c. **Coverage 2 - Demolition Cost and Broadened Increased Cost of Construction**

When the Declarations show that Ordinance or Law - Coverage 2 applies at a described building and if a Covered Cause of Loss occurs to covered Building property:

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

(1) We will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of, or compliance with, an ordinance or law that requires demolition of such undamaged property; and

(2) We will pay the increased cost to repair or reconstruct damaged portions of the building; and/or

reconstruct or remodel undamaged portions of that building, whether or not demolition is required

when the increased cost is a consequence of enforcement or compliance with the minimum requirements of the ordinance or law.

HOWEVER, we will not pay for the increased costs to reconstruct or remodel undamaged portions of that Building property:

(a) unless the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law; or

(b) if the building is not repaired, reconstructed or remodeled.

Paragraph e. of 5. Loss Payment under Section E. PROPERTY LOSS CONDITIONS does not apply.

The most we will pay for the total of all covered losses under this Coverage 2 of Ordinance or Law Optional Coverage,in any one occurrence is the Limit of Insurance shown in the Declarations.

The $25,000 Limit of Insurance for Increased Cost of Construction – Damaged Property Additional Coverage remains available for damaged property and is separate from the Limit of Insurance shown in the Declarations for Ordinance or Law Optional Coverage 2.

This portion of the Ordinance or Law Optional Coverage is in addition to the Limits of Insurance.

d. **Additional Terms and Conditions of Ordinance or Law**

(1) The terms of this Ordinance or Law Optional Coverage apply separately to each building to which this Optional Coverage applies.

(2) With respect to this Ordinance or Law Optional Coverage, we will not pay for:

(a) Enforcement of, or compliance with, any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread of any activity of "fungi", wet or dry rot or bacteria; or

(b) The costs associated with the enforcement of or compliance with any ordinance, law, rule, or regulation which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.

(3) Under this Ordinance or Law Optional Coverage, we will not pay for loss due to any ordinance or law that:

(a) You were required to comply with before the loss, even if the building was undamaged; and

(b) You failed to comply with.

(4) Loss Payment

(a) When Coverage 1 applies, loss payment for that building, including damaged and undamaged portions, will be determined as follows:

(i) If the property is repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

i. The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same described premises and to the same height, floor area, style and comparable quality of the original property insured; or

ii. The Limit of Insurance applicable to the covered Building property.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(ii) If the property is not repaired or replaced, we will not pay more than the lesser of:

i. The "actual cash value" of the building at the time of loss; or

ii. The Limit of Insurance applicable to the covered Building property.

(b) When Coverage 2 applies, the most we will pay for the total of all covered losses for Demolition Cost and Broadened Increased Cost of Construction is the Limit of Insurance for Coverage 2.

Subject to this Limit of Insurance, the following loss payment provisions apply:

(i) For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described building.

(ii) With respect to Broadened Increased Cost of Construction:

i. We will not pay for the increased cost of construction until the property is actually repaired or replaced, at the same or another premises; and

ii. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(iii) If the building is repaired or replaced at the same described premises, or if you elect to rebuild at another premises, the most we will pay under Coverage 2 is the increased cost of construction at the same described premises.

(iv) If the ordinance or law requires relocation to another premises, the most we will pay under Coverage 2 is the increased cost of construction at the new premises.

e. This Ordinance or Law Optional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such exclusion would conflict with the provisions of this Optional Coverage.

f. Example of Proportionate Loss Payment for Ordinance or Law Coverage Losses (procedure as set forth in Section a.(3) of this Ordinance or Law Optional Coverage).

Assume:

- Wind is a Covered Cause of Loss. Flood is an excluded Cause of Loss;
- The building has a value of $200,000;
- Total direct physical damage to building: $100,000;
- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value;
- Portion of direct physical damage that is covered (caused by wind): $30,000;
- Portion of direct physical damage that is not covered (caused by flood): $70,000; and
- Loss under Ordinance or Law Coverage 2 of this endorsement: $60,000.

Step 1: Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 divided by $100,000 = .30

Step 2: Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage 2 loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

NOTE: The same procedure applies to losses under Coverage 1 of this endorsement.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

3. **Optional Amendment of Coverage - Exclude Theft**

   When "– Excluding Theft" is stated in the Declarations after **Business Personal Property** coverage, then under:

   a. Paragraph 3. of Section B. EXCLUSIONS, the following exclusion is added:

      **Theft:** Theft or attempted theft resulting in loss of or damage to Business Personal Property.

   b. The Money and Securities Additional Coverage, paragraph (1)(a) is deleted.

H. **PROPERTY DEFINITIONS**

The terms "you", "your", "we", "us", "our" and "insured" are defined in the Preamble of this Coverage Form. The following words or phrases, which appear in quotation marks throughout this Coverage Form and any of its endorsements, are defined as follows:

1. **"Accident"** means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

   a. Mechanical breakdown, including rupture or bursting caused by centrifugal force;

   b. Artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

   c. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

   d. Loss of or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

   e. Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

2. **"Actual Cash Value"** means the cost to repair or replace Covered Property, at the time of loss or damage, whether that property has sustained partial or total loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence.

3. **"Business Income"** means the:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; plus

   b. Necessary continuing normal operating expenses incurred, while "operations" are suspended, including payroll.

4. **"Computer"** means:

   a. Programmable electronic equipment that is used to store, retrieve and process data; and

   b. Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

   "Computer" includes those used to operate production type machinery or equipment.

5. **"Counterfeit money"** means an imitation of "money" that is intended to deceive and to be taken as genuine.

6. **"Covered equipment"** means, Covered Property:

   a. That generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

   b. Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

   None of the following is "covered equipment":

   a. Structure, foundation, cabinet, compartment or air supported structure or building;

   b. Insulating or refractory material;

   c. Sewer piping, underground vessels or piping, piping forming a part of a sprinkler system or water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

   d. Dragline, excavation or construction equipment;

   e. Equipment manufactured by you for sale; or

   f. Vehicle, aircraft or floating vessel or any equipment mounted on such vehicle, aircraft or floating vessel. However, any property that is stationary, permanently

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

installed at a covered location and that receives electrical power from an external power supplier will not be considered a vehicle, aircraft or floating vessel.

7. **"Dependent property"** means property owned or operated by others, not including any described premises, on whom you depend on to:
   a. Deliver materials or services to you, or to others for your account. Services does not include water supply services, water removal services, steam, fuel, communication, or power supply services.
   b. Purchase your products or services.
   c. Manufacture products for delivery to your customers under contract of sale.
   d. Attract customers to your business. But this does not include firms in the business of promoting or advertising your business.

   The "Dependent property" must be located in the coverage territory of this policy.

   However, "Dependent property" does not mean any property owned or operated by others on whom you depend on to provide internet services; web hosting services; internet hosting services; space on any server, computer, computer system, or other similar equipment; web pages; social media or networking services; or similar services.

8. **"Electronic data"** means information, facts or "computer" programs stored as or on, created or used on, or transmitted to or from "computer" software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of "computer" software which are used with electronically controlled equipment. The term "computer" programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

9. **"Extra Expense"** means expense incurred:
   a. To avoid or minimize the suspension of business and to continue "operations":
      (1) At the described premises; or
      (2) At replacement premises or at temporary locations, including relocation expenses and costs to equip and operate the replacement or temporary locations.
   b. To minimize the suspension of business if you cannot continue "operations".
   c. To:
      (1) Repair or replace any property; or
      (2) Research, replace or restore the lost information on damaged "valuable papers and records";

   to the extent it reduces the amount of loss that otherwise would have been payable under the Extra Expense Additional Coverage or the Business Income Additional Coverage.

10 **"Fraudulent instruction"** means:
   a. An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;
   b. A written instruction (other than those described in Paragraph A.5.k.) issued by you, which was forged or altered by someone other than you without your knowledge or consent or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or
   c. An electronic, telegraphic, cable, teletype, telefacsimile, telephone or written instruction initially received by you which purports to have been transmitted by an employee but which was in fact fraudulently transmitted by someone else without your or the employee's knowledge or consent.

11. **"Fungi"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

12. **"Hazardous substance"** means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

13. **"Manager"** means a person serving in a directorial capacity for a limited liability company.

14. **"Member"** means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

15. **"Money"** means:

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

a. Currency, coins and bank notes whether or not in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

16. **"Operations"** mean your business activities occurring at the described premises.

17. **"Ordinary payroll expenses"** mean payroll expenses for all your employees except:

a. Officers;

b. Executives;

c. Department Managers;

d. Employees under contract; and

e. Additional Exemptions shown in the Declarations as:

(1) Job Classifications; or

(2) Employees.

Ordinary payroll expenses include:

a. Payroll;

b. Employee benefits, if directly related to payroll;

c. FICA payments you pay;

d. Union dues you pay; and

e. Workers' compensation premiums.

18. **"Period of restoration"** means:

a. For other than the Dependent Properties Additional Coverage and Business Income and Extra Expense – Increased Period of Restoration Due to Ordinance or Law Additional Coverage:

(1) The period of time that:

(a) Begins the number of hours shown in the Declarations after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

(b) Ends on the earlier of:

(i) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(ii) The date when business is resumed at a new permanent location.

(2) "Period of restoration" does not include any increased period required due to the enforcement of, or compliance with, any ordinance or law that:

(a) Regulates the construction, use or repair, or requires the tearing down of any property; or

(b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

(3) The expiration date of this policy will not cut short the "period of restoration".

b. For Business Income and Extra Expense – Increased Period of Restoration Due to Ordinance or Law Additional Coverage:

(1) The period of time that:

(a) Begins:

(i) At the time of direct physical loss or damage for Business Income Additional Coverage; or

(ii) Immediately after the time of direct physical loss or damage for Extra Expense Additional Coverage:

Caused by or resulting from any Covered Cause of Loss at the described premises; and

(b) Ends on the earlier of:

(i) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(ii) The date when business is resumed at a new permanent location.

(2) "Period of restoration" includes any increased period required to repair or reconstruct the property to conform with the minimum standards or any ordinance or law, in force at the time of loss, that regulates the construction or repair, or requires the tearing down of any property.

(3) The expiration date of this policy will not cut short the "period of restoration".

c. For Dependent Properties Additional Coverage:

(1) The period of time that:

(a) Begins:

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1
PB 00 02 11 14

24 hours after the time of direct physical loss or damage for Business Income Additional Coverage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property"; and

(b) Ends on the earlier of:

(i) The date when the property at the premises of the "dependent property" should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(ii) The date when your business is resumed at a permanent new location

(2) "Period of restoration" does not include any increased period required due to the enforcement of, or compliance with, any ordinance or law that:

(a) Regulates the construction, use or repair, or requires the tearing down of any property; or

(b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

(3) The expiration date of this policy will not cut short the "period of restoration".

19. **"Perishable goods"** mean personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

20. **"Pollutants"** mean any solid, liquid, gaseous or thermal irritant or contaminant, including but not limited to smoke, vapor, soot, fumes, acids, alkalis, petroleum products and their derivatives, chemicals and waste. Such irritants or contaminants are "pollutants" whether or not they have any function in your business, operations, premises, sites or locations.

Waste includes but is not limited to materials to be recycled, reconditioned or reclaimed and livestock, poultry or other animal excrement.

21. **"Secondary dependent property"** means an entity which is not owned or operated by a Dependent property and which;

**(a)** Delivers materials or services to a dependent property, which in turn are used by the Dependent property in providing materials or services to you; or

**(b)** Accepts materials or services from a Dependent property, which in turn accepts your materials or services.

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a Secondary dependent property.

Any property which delivers any of the following services is not a Secondary dependent property with respect to such services:

(i) Water supply services;

(ii) Wastewater removal services;

(iii) Communication supply services; or

(iv) Power supply services.

The Secondary dependent property must be located in the coverage territory of this policy:

However, "Secondary Dependent Property" does not mean any property owned or operated by others on whom you depend on to provide internet services; web hosting services; internet hosting services; space on any server, computer, computer system, or other similar equipment; web pages; social media or networking services; or similar services.

22. **"Securities"** mean negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) whether or not in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money" or lottery tickets held for sale.

23. **"Specified Causes of Loss"** means the following:

Fire; lightning; explosion, windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into man-made underground cavities.

b. Falling objects does not include loss of or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

HOWEVER, the following is not considered water damage;

(1) Damage from constant or repeated seepage or leakage of water or steam that is either located on the described premises or off of the described premises over a period of weeks, months or years from any part of a system or appliance containing water or steam. and;

(2) Discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off of the described premises and is part of a municipal water supply system or municipal sanitary sewer system.

24. **"Stock"** means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

25. **"Transfer account"** means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "money" and "securities":

a. By means of electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

b. By means of written instructions (other than those described in Paragraph A.5.k.) establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

26. **"Valuable papers and records"** mean inscribed, printed, or written:

a. Documents;

b. Manuscripts; and

c. Records;

including abstracts, books, deeds, drawings, films, maps or mortgages.

HOWEVER, "valuable papers and records" does not mean "money" or "securities".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1
**BUSINESSOWNERS**
**PB 00 06 11 14**

# PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

## TABLE OF CONTENTS

I. COVERAGES ..... 2
COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY ..... 2
INSURING AGREEMENT ..... 2
EXCLUSIONS ..... 3
TENANTS PROPERTY DAMAGE LEGAL LIABILITY ..... 9
COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY ..... 9
INSURING AGREEMENT ..... 9
EXCLUSIONS ..... 10
COVERAGE C – MEDICAL PAYMENTS ..... 13
INSURING AGREEMENT ..... 13
EXCLUSIONS ..... 13
SUPPLEMENTARY PAYMENTS – COVERAGES A AND B ..... 14
II. WHO IS AN INSURED ..... 15
Automatic Additional Insureds ..... 16
Co-Owners of Insured Premises ..... 16
Controlling Interest ..... 16
Grantor of Franchise or License ..... 16
Lessors of Leased Equipment ..... 16
Managers or Lessors of Leased Premises ..... 17
Mortgagee, Assignee or Receiver ..... 17
Owners or Other Interest from Whom Land has been Leased ..... 17
State or Political Subdivisions - Permits Relating to Premises ..... 17
III. LIMITS OF INSURANCE AND DEDUCTIBLE ..... 17
General Aggregate Limit of Insurance (Other than Products-Completed Operations) ..... 17
Products-Completed Operations Aggregate Limit of Insurance ..... 17
Personal and Advertising Injury Limit of Insurance ..... 18
Each Occurrence Limit of Insurance ..... 18
Tenants Property Damage Legal Liability Limit of Insurance ..... 18
Medical Payments Limit of Insurance ..... 18
Property Damage Deductible ..... 18
IV. LIABILITY CONDITIONS ..... 18
Bankruptcy ..... 18
Duties In The Event Of Occurrence, Offense, Claim Or Suit ..... 18
Legal Action Against Us ..... 19
Separation Of Insureds ..... 19
V. DEFINITIONS ..... 19

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

# PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance. The word "insured" means any person or organization qualifying as such under Section II. WHO IS AN INSURED. Other words and phrases that appear in quotation marks have special meaning. Please refer to Section V. DEFINITIONS.

## I. COVERAGES

### A. COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

#### 1. INSURING AGREEMENT

a. We will pay those sums up to the applicable Limit of Insurance that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages for which there is coverage under this policy.

HOWEVER, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

We may, at our sole discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III. LIMITS OF INSURANCE; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under COVERAGES A or B or medical expenses under COVERAGE C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph 1. of Section II. WHO IS AN INSURED and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II. WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II. WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **EXCLUSIONS**

This insurance, including any duty we have to defend "suits", does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" which is expected or intended by the insured.

This exclusion applies even if the resulting "bodily injury" or "property damage":

(1) Is of a different kind, quality or degree than initially expected or intended; or

(2) Is sustained by a different person, entity, real property, or personal property than that initially expected or intended.

HOWEVER, this exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by an insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph (1), (2) or (3) above.

This exclusion applies only if you:

(1) Manufacture, sell or distribute alcoholic beverages;

(2) Serve or furnish alcoholic beverages for a charge whether or not such activity:

(a) Requires a license; or

(b) Is for the purpose of financial gain or livelihood; or

(3) Serve or furnish alcoholic beverages without a charge, if a license is required for such activity.

For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

considered the business of selling, serving or furnishing alcoholic beverages.

d. **Laws**

Any liability or legal obligation of any insured with respect to "bodily injury" or "property damage" arising out of any of the following:

(1) Any federal, state, county, municipal or local law, ordinance, order, directive or regulation barring discrimination, including but not limited to those based on race, color, national origin, ancestry, citizenship, gender, sexual orientation, marital status, religion or religious belief, age, economic status, income, medical condition, pregnancy, parenthood or mental or physical disability;

(2) Any workers' compensation, unemployment compensation, disability benefits law, or any other statutory benefits law;

(3) The Migrant and Seasonal Agricultural Worker Protection Act;

(4) Any state, federal or governmental antitrust statute or regulation, including but not limited to the Racketeer Influenced and Corrupt Organizations Act (RICO), the Securities Act of 1933, the Securities Exchange Act of 1934, or any state Blue Sky law;

(5) The Employees' Retirement Income Security Act (E.R.I.S.A.) of 1974; or

(6) Any other similar statutes, ordinances, orders, directives or regulations.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

HOWEVER, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify that building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor.

HOWEVER, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

HOWEVER, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

HOWEVER, this exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

(a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

(b) The operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. **War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

j. **Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Other than damage by the Covered Causes of Loss provided under Tenants Property Damage Legal Liability, paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Tenants Property Damage Legal Liability as described in Section III. LIMITS OF INSURANCE.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 1
PB 00 06 11 14

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k. **Damage To Your Product**

"Property damage" to "your product", arising out of it or any part of it.

l. **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

HOWEVER, this exclusion does not apply if the damaged work, or the work out of which the damage arises, was performed on your behalf by a subcontractor.

m. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o. **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

p. **Bodily Injury To Any Insured**

"Bodily injury" to:

(1) Any insured, except "volunteer workers"; or

(2) Any insured whenever the ultimate benefits of any indemnification will accrue directly or indirectly to any insured or the heirs of any insured.

q. **Damage To Named Insured's Property**

Any claim or "suit" for "property damage" by you or on your behalf against any other person or organization that is also a Named Insured under this policy.

r. **Abuse or Molestation**

"Bodily injury" or "property damage" arising out of:

(1) The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

(2) The negligent:

(a) Employment;

(b) Investigation;

(c) Supervision;

(d) Reporting to the proper authorities, or failure to so report; or

(e) Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph (1) above.

s. **Asbestos, Electromagnetic, Lead or Radon**

"Bodily injury" or "property damage" arising out of:

(1) Asbestos including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of asbestos or any other duty involving asbestos;

(2) Electromagnetic emissions or radiation including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.