IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:15-CV-01364-PAB-CBS**

**THE BESANCON TRUST,**

    Plaintiff,

v.

 **AMCO INSURANCE COMPANY**

    Defendants.

## NOTICE OF SETTLEMENT AND UNOPPOSED MOTION TO VACATE DEADLINES

    Plaintiff The Besancon Trust. Through their attorneys, Furtado Law PC, hereby respectfully notify the Court that The Besancon Trust and Defendant AMCO Insurance Company have resolved this matter and are documenting the terms of the settlement.

1. The parties have reached a settlement agreement and are drafting the appropriate settlement agreements.

2. Upon finalization of the settlement, The Besancon Trust will dismiss its complaint with prejudice.

3. In light of the settlement, the parties respectfully request that all case deadlines, including the January 13, 2017 trial preparation conference and the January 23, 2017 trial, be vacated pending submission of dismissal papers.

4. Pursuant to D.COLO.LCivR 7.1(A), counsel for The Besancon Trust has conferred with counsel for AMCO, who agrees with the relief sought.

5. A proposed order is being provided to the Court with this motion.

WHEREFORE, The Besancon Trust respectfully requests that, in light of the parties settlement, the Court vacate all pending deadlines, including the January 13, 2017 trial preparation conference and the January 23, 2017 trial.

Submitted this 6th day of January, 2017.

                                                **FURTADO LAW PC**
*A duly signed original is on file at the offices of Furtado Law PC*

/s/ David J. Furtado
Furtado Law PC
3773 Cherry Creek North Drive, Ste. 575
Denver, CO 80209
Telephone: (303) 755-2929
Email: dfurtado@furtadolaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2017, I sent a true and correct copy of the foregoing **NOTICE OF SETTLEMENT AND UNOPPOSED MOTION TO VACATE DEADLINES** served on the following by CM/ECF service/filing:

Marie E. Drake, Esq.
Drake Law Firm, P.C.
2117 Ford Street
Golden, CO 80401

Michael William Duffy, Esq.
Merlin Law Group – Chicago
181 West Madison, Suite 3475
Chicago, Il 60602

Christine Marie Kroupa, Esq.
Christa Lee Rock, Esq.
Gordon & Rees, LLP-Denver
555 17th Street, Suite 3400
Denver, CO 80202

Thomas J. Loucks, Esq.
Andrew M. Plunkett, Esq.
Childress Duffy, Ltd.
500 North Dearborn Street, Suite 1200
Chicago, IL 60654

John Roger Mann, Esq.
John M. Palmeri, Esq.
Gordon & Rees, LLP-Denver
555 17th Street, Suite 3400
Denver, CO 80202

Angela Marie Schmitz, Esq.
Law Office of Angela Schmitz
3531 South Logan Street
Suite D-185
Englewood, CO 80113

FURTADO LAW PC
*A duly signed original is on file at*
*Furtado Law PC*

*/s Melissa E. Torres*
Melissa E. Torres